# jsimpson001@icloud.com

| | |
|---|---|
| **From:** | jsimpson001@icloud.com |
| **Sent:** | Saturday, May 10, 2025 7:53 AM |
| **To:** | 'Darren A. Pascarella' |
| **Cc:** | 'robert lorenclaw.com'; 'Benjamin Robert Rajotte'; 'Eric Huebscher' |
| **Subject:** | RE: 158055/2023 JEFFREY SIMPSON, individually and derivatively, as managing member of JJ ARCH LLC, suing derivatively as managing member of ARCH REAL ESTATE HOLDINGS LLC et al v. JARED CHASSEN et al [F-F.FID1934821] |

And further to my note below, by taking the funds directly, your client is committing fraud with the IRS.  They are auditing the account as we have missed certain payments prior to the litigation and we provide reporting to them now on a weekly basis.   I had a call with them this past week from the Suffolk County field office and they expect that we send weekly payments and want to understand any other payments that are leaving the bank account that are not required for the ordinary course of business.   I am sure you are aware but the IRS always has priority.   If the funds are not returned immediately, I will have no choice but to call the IRS contact on Monday morning and let him know that your client confiscated them and they can make the demand for the funds from his account or frankly they can simply levy his account if they choose to.   You are playing a dangerous game here, proceed with caution.

**From:** jsimpson001@icloud.com <jsimpson001@icloud.com>
**Sent:** Saturday, May 10, 2025 7:46 AM
**To:** 'Darren A. Pascarella' <dpascarella@farrellfritz.com>
**Cc:** 'robert lorenclaw.com' <robert@lorenclaw.com>; 'Benjamin Robert Rajotte' <rajb@mllg.nyc>; 'Eric Huebscher' <ehuebscher@huebscherconsulting.com>
**Subject:** Re: 158055/2023 JEFFREY SIMPSON, individually and derivatively, as managing member of JJ ARCH LLC, suing derivatively as managing member of ARCH REAL ESTATE HOLDINGS LLC et al v. JARED CHASSEN et al [F-F.FID1934821]

Darren,

**CEASE AND DESIST** , the case has been "re" Removed to the Federal Court and until we hear back from the Court, your client is not authorized to do anything with the JJ Arch properties.   Once the Federal Court guides us that will be governing authority given the 5.9.25 removal action (in effect on filing).   There are also various appeals and emergency motions to deal with this very matter.   Once we are in front of a Court of Competent jurisdiction, and due process commences, it will be clearly obvious that Chassen had no rights with respect to JJ Arch and he certainly had no grounds to ask for a Receiver.    I suspect you know and are participating with 35 Oak in addition to Chassen but even if a Receiver was granted, this will not be fiduciary.

We've never met but you're going to learn a lot about me very quick here.   I stand up for integrity, honesty,  that's the highest level of requirements of anything in my life.  You represent someone who is in conflict and has done nothing but illegal activity when he knew the federal court didn't give him authority to do so (he sought relief but no reply doesn't grant relief).   And now you attempted to dupe the State Court to stretch above the Federal Court, all to participate in a horrific situation of collusion.

Robert is out.   Ben has not made an appearance is SDNY yet so I am prose here (for now).   I heard about your call and I learned about the trickery that you're trying to play into, which is actually participation in fraud.    And if no lawyer wants to represent me in this matter (it's my life and business on the line) because of the games that you are now subscribing to, all good you and I will be speaking directly in a prose manner and I will be reporting to the various Courts tonight.

So let me know when you want to speak and you and I will work through this, or not.

And by the way, if there was a receiver, I am the only member of JJ Arch by actual contract.   So any confirmation or acknowledgement that you are working on behalf of Allen Schwartz or Oak, is subject to serious sanctions.

Your client has EXTREME conflicts here.   His assignment related to Jay Bialsky in Sag Harbor has a party named East End Ventures d/b/a 550 Metropolitan Ave LLC.   550 was a partner in the AREH development of that property.   Chassen owns a condo in the building.   JJ Arch owns the retail unit.   Your client also hired Klestdat Winters and Southard on another matter but Southard works for Chassen against JJ Arch.  Another conflict.   There are others too.

The Police Reports of what actually happened with your client are now on the NYSCEF system.   He is to return the $24,000 that he took from the Citizens Bank account from 1640 Motors immediately as they are TRUST funds and are causing disruption to the business to make payroll and vendor payments.

PS - I asked your firm to help me with this litigation , sharing confidential information and of course another unethical lawyer that doesn't care about conflicts or ethics.   This will be immediately raised with the NYS Bar Association.   This is the 2nd notice I have shared on this issue with your firm.

646-753-2872, you know where to find me for a collegiate conversation.

All rights reserved and none waived.

Thank you

Jeffrey Simpson

Sent from my iPhone

> On May 6, 2025, at 1:10 PM, Pascarella, Darren A. <dpascarella@farrellfritz.com> wrote:
>
> Thank you.
>
> **Darren A. Pascarella** | Farrell Fritz, P.C.
> (516) 227-0797 | dpascarella@farrellfritz.com
>
> **PLEASE TAKE NOTICE:**  The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited.  If you receive this transmission in error, please contact the sender immediately and delete the material from your computer.
>
> ---
>
> **From:** Tiffany J. Klinger <TJKLINGE@nycourts.gov>
> **Sent:** Tuesday, May 6, 2025 1:10 PM
> **To:** Pascarella, Darren A. <dpascarella@FarrellFritz.com>
> **Cc:** admin@spi-pc.com; tlf@msf-law.com; kaf@msf-law.com; jmiller@westermanllp.com; charles <charles@cwertmanlaw.com>; sbm@msf-law.com; allen@allenschwartzlaw.com; jkoevary@olshanlaw.com; jhy@msf-law.com; ndenning@wiggin.com; Thorne, Leslie <Leslie.Thorne@haynesboone.com>; kmateo@olshanlaw.com; sgriffin@grifflegal.com; gkeller@steptoe.com; Bunin, Martin <MBunin@FarrellFritz.com>; ssouthard@klestadt.com; jsimpson001@icloud.com; Ali Rawaf <arawaf@nycourts.gov>; Brittany Zak <Bzak@nycourts.gov>; Benjamin Robert Rajotte <rajb@mllg.nyc>; robert@lorenclaw.com; aishlinn.bottini@haynesboone.com
> **Subject:** RE: 158055/2023 JEFFREY SIMPSON, individually and derivatively, as managing member of JJ ARCH LLC, suing derivatively as managing member of ARCH REAL ESTATE HOLDINGS LLC et al v. JARED CHASSEN et al [F-F.FID1934821]
>
> [**Warning**: External Email]
>
> Good afternoon,

I have attached the update invite. I believe it is the same link but would suggest using the link in the attached email.

Thank you,

Tiffany J. Klinger
Principal Law Clerk to the Hon. Joel M. Cohen
60 Centre Street
New York, NY 10007

Part 3 Practices and Procedures
Part 3 Sealing Practices

**From:** Pascarella, Darren A. <dpascarella@FarrellFritz.com>
**Sent:** Tuesday, May 6, 2025 1:00 PM
**To:** Tiffany J. Klinger <TJKLINGE@nycourts.gov>
**Cc:** admin@spi-pc.com; tlf@msf-law.com; kaf@msf-law.com; jmiller@westermanllp.com; charles <charles@cwertmanlaw.com>; sbm@msf-law.com; allen@allenschwartzlaw.com; jkoevary@olshanlaw.com; jhy@msf-law.com; ndenning@wiggin.com; Thorne, Leslie <Leslie.Thorne@haynesboone.com>; kmateo@olshanlaw.com; sgriffin@grifflegal.com; gkeller@steptoe.com; Bunin, Martin <MBunin@FarrellFritz.com>; ssouthard@klestadt.com; jsimpson001@icloud.com; Ali Rawaf <arawaf@nycourts.gov>; Brittany Zak <Bzak@nycourts.gov>; Benjamin Robert Rajotte <rajb@mllg.nyc>; robert@lorenclaw.com; aishlinn.bottini@haynesboone.com
**Subject:** RE: 158055/2023 JEFFREY SIMPSON, individually and derivatively, as managing member of JJ ARCH LLC, suing derivatively as managing member of ARCH REAL ESTATE HOLDINGS LLC et al v. JARED CHASSEN et al [F-F.FID1934821]

Good afternoon,

Will we be using the same MS Teams link that the court circulated yesterday at around 2:15pm (attached) for the status conference today? If not, kindly forward the link for today's conference.

Thank you,

**Darren A. Pascarella** | Farrell Fritz, P.C.
(516) 227-0797 | dpascarella@farrellfritz.com

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from your computer.

**From:** Tiffany J. Klinger <TJKLINGE@nycourts.gov>
**Sent:** Monday, May 5, 2025 2:35 PM
**To:** robert lorenclaw.com <robert@lorenclaw.com>; Bottini, Aishlinn <Aishlinn.Bottini@haynesboone.com>; Pascarella, Darren A. <dpascarella@FarrellFritz.com>
**Cc:** admin@spi-pc.com; tlf@msf-law.com; kaf@msf-law.com; jmiller@westermanllp.com; charles <charles@cwertmanlaw.com>; sbm@msf-law.com; allen@allenschwartzlaw.com; jkoevary@olshanlaw.com; jhy@msf-law.com; ndenning@wiggin.com; Thorne, Leslie <Leslie.Thorne@haynesboone.com>; kmateo@olshanlaw.com; sgriffin@grifflegal.com; gkeller@steptoe.com; Bunin, Martin <MBunin@FarrellFritz.com>; ssouthard@klestadt.com; jsimpson001@icloud.com; Ali Rawaf <arawaf@nycourts.gov>; Brittany Zak <Bzak@nycourts.gov>;

Benjamin Robert Rajotte <rajb@mllg.nyc>
**Subject:** RE: 158055/2023 JEFFREY SIMPSON, individually and derivatively, as managing member of JJ ARCH LLC, suing derivatively as managing member of ARCH REAL ESTATE HOLDINGS LLC et al v. JARED CHASSEN et al [F-F.FID1934821]

Some people who received this message don't often get email from tjklinge@nycourts.gov. Learn why this is important
[**Warning**: External Email]

Thank you for the notice, we will move this conference to tomorrow, May 6 at 4:00 pm.

Tiffany J. Klinger
Principal Law Clerk to the Hon. Joel M. Cohen
60 Centre Street
New York, NY 10007

Part 3 Practices and Procedures
Part 3 Sealing Practices

---

**From:** robert lorenclaw.com <robert@lorenclaw.com>
**Sent:** Monday, May 5, 2025 2:25 PM
**To:** Tiffany J. Klinger <TJKLINGE@nycourts.gov>; Bottini, Aishlinn <Aishlinn.Bottini@haynesboone.com>; Pascarella, Darren A. <dpascarella@FarrellFritz.com>
**Cc:** admin@spi-pc.com; tlf@msf-law.com; kaf@msf-law.com; jmiller@westermanllp.com; charles <charles@cwertmanlaw.com>; sbm@msf-law.com; allen@allenschwartzlaw.com; jkoevary@olshanlaw.com; jhy@msf-law.com; ndenning@wiggin.com; Thorne, Leslie <Leslie.Thorne@haynesboone.com>; kmateo@olshanlaw.com; sgriffin@grifflegal.com; gkeller@steptoe.com; Bunin, Martin <mbunin@farrellfritz.com>; ssouthard@klestadt.com; jsimpson001@icloud.com; Ali Rawaf <arawaf@nycourts.gov>; Brittany Zak <Bzak@nycourts.gov>; SFC-PART3 <sfc-part3@nycourts.gov>; Benjamin Robert Rajotte <rajb@mllg.nyc>
**Subject:** Re: 158055/2023 JEFFREY SIMPSON, individually and derivatively, as managing member of JJ ARCH LLC, suing derivatively as managing member of ARCH REAL ESTATE HOLDINGS LLC et al v. JARED CHASSEN et al [F-F.FID1934821]

Good afternoon Ms. Klinger,

Plaintiffs Simpson and JJ Arch LLC incoming attorney, Mr. Benjamin Rajotte, Esq. (cced here) recently filed a notice of appearance.  Further, Mr. Rajotte recently informed me that he has a conflict this afternoon at 4:00pm, but is available tomorrow at the same time.

Rob Lorenc

---

**From:** Tiffany J. Klinger <TJKLINGE@nycourts.gov>
**Date:** Monday, May 5, 2025 at 12:49 PM
**To:** Bottini, Aishlinn <Aishlinn.Bottini@haynesboone.com>, robert lorenclaw.com <robert@lorenclaw.com>, Pascarella, Darren A. <dpascarella@FarrellFritz.com>
**Cc:** admin@spi-pc.com <admin@spi-pc.com>, tlf@msf-law.com <tlf@msf-law.com>, kaf@msf-law.com <kaf@msf-law.com>, jmiller@westermanllp.com <jmiller@westermanllp.com>, charles <charles@cwertmanlaw.com>, sbm@msf-law.com <sbm@msf-law.com>, allen@allenschwartzlaw.com <allen@allenschwartzlaw.com>, jkoevary@olshanlaw.com <JKoevary@olshanlaw.com>, jhy@msf-law.com <jhy@msf-

law.com>, ndenning@wiggin.com <ndenning@wiggin.com>, Thorne, Leslie <Leslie.Thorne@haynesboone.com>, kmateo@olshanlaw.com <KMateo@olshanlaw.com>, sgriffin@grifflegal.com <sgriffin@grifflegal.com>, gkeller@steptoe.com <gkeller@steptoe.com>, Bunin, Martin <mbunin@farrellfritz.com>, ssouthard@klestadt.com <ssouthard@klestadt.com>, jsimpson001@icloud.com <jsimpson001@icloud.com>, Ali Rawaf <arawaf@nycourts.gov>, Brittany Zak <Bzak@nycourts.gov>, SFC-PART3 <sfc-part3@nycourts.gov>
**Subject:** RE: 158055/2023 JEFFREY SIMPSON, individually and derivatively, as managing member of JJ ARCH LLC, suing derivatively as managing member of ARCH REAL ESTATE HOLDINGS LLC et al v. JARED CHASSEN et al [F-F.FID1934821]

Thank you all, we will schedule the conference for **4:00 pm today, May 5**.  A Teams invite will be sent out.

Tiffany J. Klinger
Principal Law Clerk to the Hon. Joel M. Cohen
60 Centre Street
New York, NY 10007

Part 3 Practices and Procedures
Part 3 Sealing Practices

---

**From:** Bottini, Aishlinn <Aishlinn.Bottini@haynesboone.com>
**Sent:** Monday, May 5, 2025 11:59 AM
**To:** robert lorenclaw.com <robert@lorenclaw.com>; Pascarella, Darren A. <dpascarella@FarrellFritz.com>; Tiffany J. Klinger <TJKLINGE@nycourts.gov>
**Cc:** admin@spi-pc.com; tlf@msf-law.com; kaf@msf-law.com; jmiller@westermanllp.com; charles <charles@cwertmanlaw.com>; sbm@msf-law.com; allen@allenschwartzlaw.com; jkoevary@olshanlaw.com; jhy@msf-law.com; ndenning@wiggin.com; Thorne, Leslie <Leslie.Thorne@haynesboone.com>; kmateo@olshanlaw.com; sgriffin@grifflegal.com; gkeller@steptoe.com; Bunin, Martin <mbunin@farrellfritz.com>; ssouthard@klestadt.com; jsimpson001@icloud.com; Ali Rawaf <arawaf@nycourts.gov>; Brittany Zak <Bzak@nycourts.gov>; SFC-PART3 <sfc-part3@nycourts.gov>
**Subject:** RE: 158055/2023 JEFFREY SIMPSON, individually and derivatively, as managing member of JJ ARCH LLC, suing derivatively as managing member of ARCH REAL ESTATE HOLDINGS LLC et al v. JARED CHASSEN et al [F-F.FID1934821]

Dear Ms. Klinger,

608941 NJ Inc. (Oak) is available this afternoon.

Best regards,
Aishlinn

**HAYNES BOONE**

**Aishlinn Bottini** | Associate | She/Her/Hers
aishlinn.bottini@haynesboone.com | (t) +1 212.659.4994

**From:** robert lorenclaw.com <robert@lorenclaw.com>
**Sent:** Monday, May 5, 2025 11:55 AM
**To:** Pascarella, Darren A. <dpascarella@FarrellFritz.com>; TJKLINGE@nycourts.gov
**Cc:** admin@spi-pc.com; tlf@msf-law.com; kaf@msf-law.com; jmiller@westermanllp.com;

charles@cwertmanlaw.com; sbm@msf-law.com; allen@allenschwartzlaw.com; jkoevary@olshanlaw.com; jhy@msf-law.com; ndenning@wiggin.com; Thorne, Leslie <Leslie.Thorne@haynesboone.com>; kmateo@olshanlaw.com; Bottini, Aishlinn <Aishlinn.Bottini@haynesboone.com>; sgriffin@grifflegal.com; gkeller@steptoe.com; Bunin, Martin <mbunin@farrellfritz.com>; ssouthard@klestadt.com; jsimpson001@icloud.com; arawaf@nycourts.gov; Bzak@nycourts.gov; sfc-part3@nycourts.gov
**Subject:** Re: 158055/2023 JEFFREY SIMPSON, individually and derivatively, as managing member of JJ ARCH LLC, suing derivatively as managing member of ARCH REAL ESTATE HOLDINGS LLC et al v. JARED CHASSEN et al [F-F.FID1934821]

**EXTERNAL:** Sent from outside Haynes and Boone, LLP

Good morning Ms. Klinger,

I am available this afternoon and tomorrow as well.

Thank you,

Rob Lorenc

**From:** Pascarella, Darren A. <dpascarella@FarrellFritz.com>
**Date:** Monday, May 5, 2025 at 11:50 AM
**To:** TJKLINGE@nycourts.gov <TJKLINGE@nycourts.gov>
**Cc:** admin@spi-pc.com <admin@spi-pc.com>, tlf@msf-law.com <tlf@msf-law.com>, kaf@msf-law.com <kaf@msf-law.com>, jmiller@westermanllp.com <jmiller@westermanllp.com>, robert lorenclaw.com <robert@lorenclaw.com>, charles@cwertmanlaw.com <charles@cwertmanlaw.com>, sbm@msf-law.com <sbm@msf-law.com>, allen@allenschwartzlaw.com <allen@allenschwartzlaw.com>, jkoevary@olshanlaw.com <JKoevary@olshanlaw.com>, jhy@msf-law.com <jhy@msf-law.com>, ndenning@wiggin.com <ndenning@wiggin.com>, leslie.thorne@haynesboone.com <leslie.thorne@haynesboone.com>, kmateo@olshanlaw.com <KMateo@olshanlaw.com>, aishlinn.bottini@haynesboone.com <aishlinn.bottini@haynesboone.com>, sgriffin@grifflegal.com <sgriffin@grifflegal.com>, gkeller@steptoe.com <gkeller@steptoe.com>, Bunin, Martin <mbunin@farrellfritz.com>, ssouthard@klestadt.com <ssouthard@klestadt.com>, jsimpson001@icloud.com <jsimpson001@icloud.com>, arawaf@nycourts.gov <arawaf@nycourts.gov>, Bzak@nycourts.gov <Bzak@nycourts.gov>, sfc-part3@nycourts.gov <sfc-part3@nycourts.gov>
**Subject:** RE: 158055/2023 JEFFREY SIMPSON, individually and derivatively, as managing member of JJ ARCH LLC, suing derivatively as managing member of ARCH REAL ESTATE HOLDINGS LLC et al v. JARED CHASSEN et al [F-F.FID1934821]

Good morning,

We are proposed counsel to Eric Huebscher, as receiver. I am available both today and tomorrow at the stated times.

Thank you,

**Darren A. Pascarella** | Farrell Fritz, P.C.
(516) 227-0797 | dpascarella@farrellfritz.com

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from your computer.

---

**From:** Tiffany J. Klinger <TJKLINGE@nycourts.gov>
**Sent:** Monday, May 5, 2025 11:17 AM
**To:** admin@spi-pc.com; tlf@msf-law.com; kaf@msf-law.com; jmiller@westermanllp.com; robert@lorenclaw.com; charles <charles@cwertmanlaw.com>; sbm@msf-law.com; allen@allenschwartzlaw.com; jkoevary@olshanlaw.com; jhy@msf-law.com; ndenning@wiggin.com; leslie.thorne@haynesboone.com; kmateo@olshanlaw.com; aishlinn.bottini@haynesboone.com; sgriffin@grifflegal.com; gkeller@steptoe.com; Bunin, Martin <MBunin@FarrellFritz.com>; ssouthard@klestadt.com; jsimpson001@icloud.com
**Cc:** Ali Rawaf <arawaf@nycourts.gov>; Brittany Zak <Bzak@nycourts.gov>
**Subject:** RE: RE: 158055/2023 JEFFREY SIMPSON, individually and derivatively, as managing member of JJ ARCH LLC, suing derivatively as managing member of ARCH REAL ESTATE HOLDINGS LLC et al v. JARED CHASSEN et al

You don't often get email from tjklinge@nycourts.gov. Learn why this is important

[**Warning**: External Email]

Resending to add my colleagues.

Please advise as soon as possible.

Thank you,

Tiffany J. Klinger
Principal Law Clerk to the Hon. Joel M. Cohen
60 Centre Street
New York, NY 10007

Part 3 Practices and Procedures
Part 3 Sealing Practices

---

**From:** SFC-PART3
**Sent:** Monday, May 5, 2025 10:15 AM
**To:** admin@spi-pc.com; tlf@msf-law.com; kaf@msf-law.com; jmiller@westermanllp.com; robert@lorenclaw.com; charles@cwertmanlaw.com; sbm@msf-law.com; allen@allenschwartzlaw.com; jkoevary@olshanlaw.com; jhy@msf-law.com; ndenning@wiggin.com; leslie.thorne@haynesboone.com; kmateo@olshanlaw.com; aishlinn.bottini@haynesboone.com; sgriffin@grifflegal.com; gkeller@steptoe.com; mbunin@farrellfritz.com; ssouthard@klestadt.com; jsimpson001@icloud.com
**Subject:** RE: RE: 158055/2023 JEFFREY SIMPSON, individually and derivatively, as managing member of JJ ARCH LLC, suing derivatively as managing member of ARCH REAL ESTATE HOLDINGS LLC et al v. JARED CHASSEN et al

Good morning,

The Court would like to hold a brief virtual status conference to discuss next steps in this action. Please let us know if you are available today, May 5, 2025, at 4:00 pm or tomorrow, May 6, 2025, at 4:00 pm.

Thank you,

Tiffany J. Klinger
Principal Law Clerk to the Hon. Joel M. Cohen
60 Centre Street
New York, NY 10007

Part 3 Practices and Procedures
Part 3 Sealing Practices

Please be CAREFUL when clicking links or opening attachments.

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

Please be CAREFUL when clicking links or opening attachments from external senders.