UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

JEFFREY SIMPSON, individually and derivatively, as managing member of JJ ARCH LLC, suing derivatively as managing member of ARCH REAL ESTATE HOLDINGS LLC, and JJ ARCH LLC

Case No.: 1:25-cv-04004 (LTS)

Plaintiff,

- against -

JARED CHASSEN, FIRST REPUBLIC BANK
    Defendants

------------------------------------------X

## SUPPLEMEENTAL DECLARATION OF ALLEN SCHWARTZ, ESQ. ATTACHING CORRECTED EXHIBIT

ALLEN SCHWARTZ, Esq., an attorney duly admitted to practice law before this Court, declares pursuant to 28 U.S.C. § 1746, as follows:

1. I am counsel to Jared Chassen, the defendant and counterclaim plaintiff in this proceeding. I submit this supplemental declaration in support of Chassen's emergency motion. ECF No. 6.

2. In my Declaration dated May 27, 2025 at ECF No. 8, I inadvertently attached the wrong exhibit as Exhibit 1 (a duplicate of Exhibit 10). The correct <u>Exhibit 1,</u> the March 11, 2025 Order Appointing Temporary Receiver, also available at [NYSCEF No. 1360](#), is annexed hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 27, 2025

                                        By: ___/s/_____
                                            Allen Schwartz, Esq.

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

      I, Allen Schwartz, Esq., certify that the foregoing Declaration contains less than 8750 words, as counted by Microsoft Word's word-processing system, excluding the caption, table of contents, table of authorities and signature block, and that it complies with the applicable word limits.

                                                  __/s/_____
                                                  Allen Schwartz