**SCHWARTZ LAW PLLC**
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Email: allen@allenschwartzlaw.com

May 29, 2025

**VIA ECF**
Hon. Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      **Re: Emergency Motion, *Jeffrey Simpson v. Jared Chassen*, et. al., Index No. 1:25-cv-04004-LTS**

Dear Judge Swain:

    I represent Jared Chassen in the above-captioned action. Mr. Chassen filed an emergency motion on May 27, 2025, which seeks immediate injunctive relief, an expedited remand, civil contempt penalties, and sanctions and attorney's fees (the "Emergency Motion"). ECF Nos. 6-10, 12. The Emergency Motion was joined by the court-appointed receiver, Eric Huebscher. ECF No. 14. On May 28, 2025, Mr. Chassen filed a letter regarding the Emergency Motion attaching the just-obtained May 12, 2025 hearing transcript before the Honorable Justice Joel M. Cohen. ECF No. 15.

    Today, as reflected on the docket, the filing fees in this action were paid. Given the urgent need for relief, Mr. Chassen respectfully requests that the Court address the Emergency Motion as soon as possible.

    I thank the Court in advance for its attention to this matter.

                                                                  Sincerely,
                                                                  ___/s/_____
                                                                  Allen Schwartz, Esq.