July 17th, 2025

Dear Judge Cohen,

Your Honor, I am writing regarding NYS Supreme Court cases 158055-2023 (main case), 653208-2024 (insurance), 654928-2024 (Chassen v. Simpson per JJ Investment Entities), and all related and derivative matters currently before you.

With regards to counsel, Mr. Benjamin Rajotte was initially engaged to assist with Federal proceedings (with an initial emphasis on the insurance matter), not these NYS matters. While I properly completed the removals with the expectation that Mr. Rajotte would handle those actions, circumstances have since changed, and he will no longer be continuing in my representation. Unfortunately, the complexity and volume of motion practice have been challenging to manage, and I find myself in a very difficult position without representation.

With the upcoming hearing on July 21st, I want to express that I am not prepared to represent myself, as I am not an attorney. At present, I am unable to secure counsel due to unresolved legal fee indemnification under AREH and/or third party (D&O – Great American) contractual insurance obligations. Without these resources, I simply do not have the means to retain adequate representation. I believe this places me at a significant disadvantage and prejudices my ability to fully participate in these proceedings. Notwithstanding, criminal allegations trigger Constitutional rights that allow for me to have counsel, regardless if I can afford to pay or not.

Additionally, I am concerned about the impact of the JJ Arch receivership. From my perspective, progress has been limited, and I worry about the continued deterioration of my businesses and properties (notwithstanding it's overlapping jurisdictional issues in conjunction with the pending Federal Bankruptcies of JJ Arch LLC and YJ Simco LLC). I respectfully request the Court's guidance in establishing a path forward that avoids further harm and ensures compliance with the Court's original intent. In the recent hearing, Your Honor asked us to communicate regarding the Receiver not following the Court Order. This situation has not gotten any better regarding Rever Motors and the pursuits of the other properties are inferior to what I was able to accomplish prior.

I will once again be reaching out to my insurance carrier, Great American, in the hope that they will (once again) provide counsel for the matters at hand. In the meantime, I will also share this correspondence with the Federal Courts, as the scope and interconnectedness of these issues make it impossible for me to address them alone.

Thank you, Your Honor, for taking the time to review this letter and for your continued attention to these complex matters. I greatly appreciate your understanding and consideration of my situation.

Respectfully submitted,

Jeffrey Simpson