UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY SIMPSON,<br><br>Plaintiff,<br><br>- v -<br><br>JARED CHASSEN et al.,<br><br>Defendants. | Case #25-04004 (JMF)<br><br>Before the Honorable<br>Jesse M. Furman, U.S.D.J.<br><br>**NOTICE OF MOTION**<br>**UNDER RULE 59(e)** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, all associated papers, and all matters of which the Court may take judicial notice, Plaintiff JEFFREY SIMPSON respectfully will move this Court, before the Honorable Jesse M. Furman, United States District Judge, at the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an Order, pursuant to Federal Rule of Civil Procedure 59(e), granting the following relief:

1. Altering or amending the Court's Memorandum Opinion and Order, dated June 27, 2025 (ECF doc. #31) awarding attorneys' fees on the petition of Defendant JARED CHASSEN (ECF docs. #6-13), which was joined by Defendant RECEIVER ERIC M. HUEBSCHER (ECF docs. #14, 16-17), and by Defendant ARCH REAL ESTATE HOLDINGS LLC (ECF docs. #24-26); or

2. In the alternative, extending final adjudication of this matter so as to allow for fuller briefing by the parties on the Court's Memorandum Opinion and Order, following the District Court's forthcoming decision in *In re JJ Arch LLC*, Case #24-08649, which is being heard before the Honorable Jeannette A. Vargas, U.S.D.J., on review of the dismissal of the underlying bankruptcy proceeding, Case #24-10381, before the Honorable John P. Mastando III, U.S.B.J.

*Signature continued on next page*

-2-

                                                Respectfully submitted,

Dated: July 25, 2025                MAIDEN LANE LAW GROUP
       Hartford County, Connecticut

_____
Benjamin Robert Rajotte, Esq.
One Maiden Lane, Suite 900
New York, New York 10038
(212) 463-6669
rajb@mllg.nyc

*Attorneys for Jeffrey Simpson and JJ Arch LLC*