UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEFFREY SIMPSON,

                Plaintiff,                    25 **CIVIL** 4004 (JMF)

       -against-                         **JUDGMENT**
                                                    **For Attorney's Fees and Costs**

JARED CHASSEN et al.,

                Defendants.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated July 30, 2025, Defendant Jared Chassen is awarded attorney's fees in the amount of $27,081 and costs in the amount of $190.62 for a total sum of $27,271.62.

**Dated:**  New York, New York
          July 31, 2025

                                                             **TAMMI M. HELLWIG**
                                                                  Clerk of Court

                               **BY:**
                                                               **Deputy Clerk**