UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                         :

JEFFREY SIMPSON,                       :

                Plaintiff,         :        25-CV-4004 (JAV)

      -v-                      :        ORDER

JARED CHASSEN et al.,             :

                Defendant.    :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

Earlier today, Mr. Jeffrey Simpson, the Plaintiff in this matter, sent an email to Chambers regarding this matter.  The Court's Individual Rules and Practices in Civil Cases plainly provides that "except as provided herein or as otherwise ordered by the Court, communications with Chambers shall be by letter filed on ECF."  Section 3.A.

Although Mr. Simpson has counsel, the Court further notes that the Court's Individual Rules and Practices in Civil *Pro Se* Cases likewise provides:  "All communications with the Court by a pro se party should be in writing and delivered in person, mailed, or emailed to the Pro Se Office following the instructions in Paragraph 2(B) below. No documents or court filings may be sent directly to Chambers."  Section 1.B.

Mr. Simpson is instructed to file any request for relief on the docket.  Mr. Simpson should not send emails or other communications directly to Chambers.  All future communications with the Court regarding this matter should comply with the Court's rules.

    SO ORDERED.

Dated: November 25, 2025
      New York, New York                _____
                                         JEANNETTE A. VARGAS
                                         United States District Judge