

December 18, 2025

The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      **Re:**   *Simpson v. Chassen*, **Case #25-104371 (S.D.N.Y. 2025)**
             Compliance with Subpoena Order/Protective Order (ECF Dkt. #52)

Dear Judge Vargas:

    On behalf of Jeffrey and Yael Simpson, I respectfully write to request an extension of the time to respond to the subpoenas (ECF Dkt. #47), which were granted in part and upheld in part by Your Honor's Order of November 19, 2025 (ECF Dkt. #52), and/or clarification on the Court's decision regarding the competing Protective Orders proposed by the parties for this production (ECF Dkt. #54-55).

                                          Respectfully submitted,

                                          Benjamin Robert Rajotte, Esq.
                                          One Maiden Lane, Suite 900
                                          New York, New York 10038
                                          (212) 463-6669
                                          rajb@mllg.nyc

                                          *Counsel for Jeffrey and Yael Simpson*

cc: All parties entitled to notice via ECF