**SCHWARTZ LAW PLLC**
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Email: allen@allenschwartzlaw.com

December 19, 2025

**VIA ECF**

Hon. Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re: Simpson v. Chassen, 1:25-cv-04004-JAV**

Dear Judge Vargas:

      On behalf of Jared Chassen, I write regarding Jeffrey Simpson's second request in two days for an extension of time to respond to the subpoenas served on Mr. Simpson (and his wife) over three months ago. *See* ECF 47.

      As the Court is aware, after ignoring the statutory deadlines to respond in the subpoenas, Mr. Simpson forced Mr. Chassen to incur the expense of moving to compel compliance, interposing belated objections only after Mr. Chassen filed a motion. ECF 52. Though the Court quashed certain of the demands, it gave Mr. Simpson 30 days to make a complete production, that is, by today December 19, 2025 of the demands that were not quashed. *Id.*

      Yesterday, one day before the production deadline, Mr. Simpson filed a letter requesting an extension because he claimed he could not make any production without a protective order in place. ECF 57. The Court entered a protective order today, ostensibly alleviating that excuse. ECF 58. Shortly thereafter, Mr. Simpson filed another letter requesting an extension, this time offering new purported reasons, unmentioned in yesterday's request, which include "concerns about privacy issues," concerns about how Mr. Chassen may interpret the Court's Protective Order, and a purported need to address the years old discovery demands Mr. Simpson has ignored in the pending state court action. ECF 59.

      The Court should reject Mr. Simpson's vexatious delay tactics. The Court should be further aware that Mr. Simpson has continued to defy court orders, act vexatiously, and breach all norms of litigant behavior. *See e.g.,* **Exhibits 1**, December 5, 2025 Order (imposing sanctions for fourth time for abusive and contemptuous communications to court); *See also* **Exhibit 2**, December 1, 2025 Letter to State Court (attaching harassing emails, hyperlinked here at

NYSCEF No. 2126, 2127, 2128, 2129, 2130, 2131, 2132, 2133, 2134, in lieu of attachment);[1]
**Exhibit 3**, December 2, 2025 Letter to State Court (attaching threatening email to counsel, hyperlinked here at NYSCEF No. 2136, in lieu of attachment); **Exhibit 4**, December 4, 2025 Letter to State Court (attaching harassing emails, hyperlinked here at NYSCEF No. 2150, 2151, 2152, 2153, in lieu of attachment); **Exhibit 5**, December 16, 2025 Letter to State Court (attaching harassing emails, hyperlinked here at NYSCEF No. 2179, 2180, 2181, 2182, 2183, 2184, 2185, in lieu of attachment).[2] Any non-compliance with this Court's clear order, and the lawful subpoenas served nearly three months ago, should not be tolerated. Mr. Simpson should be required to make a complete and timely response and production.

Sincerely,
 /s/
Allen Schwartz, Esq.

CC: All appearing parties via ECF

---

[1] "NYSCEF" refers to the New York State Courts Electronic Filing system in the action in New York County Supreme Court at Index No. 158055/2023.

[2] Additional ex parte, and other, harassing and contemptuous emails from Mr. Simpson were filed on the state court docket by Mr. Simpson's counsel. These can be found, and are hyperlinked here, at NYSCEF No. 2173, 2174, 2175, 2176, and 2177.