**SCHWARTZ LAW PLLC**
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Email: allen@allenschwartzlaw.com

December 1, 2025

**VIA NYSCEF**

The Honorable Joel M. Cohen
Supreme Court of the State of New York
Commercial Division
60 Centre Street
New York, New York

        *Re: Simpson v. Chassen, et. al.*, **Index No. 158055/2023;** *Great American Insurance Company v. Arch Real Estate Holdings LLC*, **Index No. 653208/2024**

Dear Justice Cohen:

      On behalf of Jared Chassen, I write to the Court regarding the barrage of emails Jeffrey Simpson has continued sending the parties and the Court. These emails are in open contempt of at least three Court orders. Index No. 158055/2023, NYSCEF Nos. 1847, 1851, 1998. Their contents are outrageously inflammatory, abusive and contemptuous, and they make clear that Mr. Simpson is not deterred by monetary sanctions. They also make clear that he is boycotting his obligations in these proceedings, including his discovery obligations.

    **I.**    **Mr. Simpson Continued to Defy the Court Before the Continued Contempt Hearing and Stated that He will Refuse to Participate in Proceedings Before this Court**

      Two days before the October 10, 2025 continued contempt hearing (Index No. 158055/2023, Mot. Seq. No. 26), Mr. Simpson wrote the Court an email in which he stated in part, "I am not participating in anything regarding a court hearing with you as it's adjudicator, not happening." *See* **Exhibit 1**, Oct. 8, 2025 Email. Mr. Simpson then sent yet another contemptuous email before the hearing. *See* **Exhibit 2**, Oct. 9. 2025 Email. Mr. Simpson was true to his promise and refused to appear at the contempt hearing. Index No. 158055/2023, NYSCEF No. 2025, Oct. 10, 2025 Hr. Tr. On November 5, 2025 and November 6, 2025, Mr. Simpson then sent two additional contemptuous emails. *See* **Exhibit 3**, Nov. 5, 2025 Email; **Exhibit 4**, Nov. 6, 2025 Email. Mr. Simpson then further boycotted the proceedings and did not file a post-trial brief.

**II.     Mr. Simpson Has Refused to Participate in Discovery**

At a discovery conference held before the Court's Commercial Division Law Clerk on November 18, 2025 in the 158055/2023 action, the parties were directed to file on NYSCEF any discovery deficiency letters by Friday November 21, 2025, and Mr. Simpson was directed to provide a date certain by which he would respond to Mr. Chassen's outstanding discovery demands. The parties were also directed to confer regarding a deposition schedule. As documented in Mr. Chassen's letter to the Court on November 20, 2025, Mr. Simpson did not do any of that. His counsel also informed the parties that Mr. Simpson would not appear for a deposition. Index No. 158055/2023, NYSCEF No. 2079, Deficiency Letter. In the deficiency letter, Mr. Chassen explained that Mr. Simpson had not responded to any discovery demands despite multiple court orders and requested that the Court direct Mr. Simpson to immediately comply or allow Mr. Chassen to move for discovery sanctions now. *Id.*

**III.    Mr. Simpson Sends More Contemptuous and Abusive Emails and States that his Counsel is Not Authorized to Appear on his Behalf in Proceedings**

Before the Thanksgiving weekend, Mr. Simpson began another barrage of contemptuous and outrageously inflammatory and abusive emails, sending two emails on November 26, 2025 (**Exhibit 5**, Nov. 26, 2025 Email; **Exhibit 6**, Nov. 26, 2025 Email), another on November 27, 2025, (**Exhibit 7**, Nov. 27, 2025 Email), another on November 30, 2025, (**Exhibit 8**, Nov. 30, 2025, Email), and finally an email today in which Mr. Simpson told the Court that he would not "appear in front of a corrupt court. Unless I'm forced to by someone under the law (with competent jurisdiction) I will not present myself in front of a disastrous abomination of any type of justice system that occurs in the courtroom of Judge Joel Cohen." **Exhibit 9**, Email, Dec. 1, 2025. He also told the Court that Mr. Rajotte, his counsel, was not authorized to appear for him or act for him today in the interpleader action.

Mr. Chassen respectfully submits that this record shows Mr. Simpson's ongoing willful contempt of the Court and its orders, and that the financial sanctions imposed by the Court in its *sua sponte* orders have had no deterrent effect. This record further demonstrates that Mr. Simpson is willfully and contumaciously refusing to comply with his discovery obligations.

Sincerely,<br>
/s/<br>
Allen Schwartz, Esq.

CC: All appearing parties via NYSCEF