**SCHWARTZ LAW PLLC**
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Email: allen@allenschwartzlaw.com

December 2, 2025

**VIA NYSCEF**

The Honorable Joel M. Cohen
Supreme Court of the State of New York
Commercial Division
60 Centre Street
New York, New York

> *Re: Simpson v. Chassen, et. al.*, **Index No. 158055/2023;** *Great American Insurance Company v. Arch Real Estate Holdings LLC*, **Index No. 653208/2024**

Dear Justice Cohen:

I write to inform the Court of a harassing and threatening email I received late last night from Jeffrey Simpson after I filed a letter to this Court on NYSCEF earlier in the evening. In the email, Mr. Simpson tells me among other things, that "you are on my list to have you punished, yes you heard me punished," and he tells me "keep posting Allen keep putting yourself further into the grave." **Exhibit 1**, Dec. 2, 2025 Email. He also continues to make defamatory statements and baseless accusations and threatens me "you will find your way into custody sooner than later, I promise you." *Id.* Mr. Simpson's threats and abusive emails are infinitely more egregious than the "in terrorem tactics" that the Appellate Division, First Department sanctioned in *Jalor Color Graphics, Inc. v Universal Adv. Sys.*, 2 A.D.3d 165 (1st Dep't 2003). No litigant or counsel should be subjected to these abusive and harassing emails.

Sincerely,

/s/
Allen Schwartz, Esq.

CC: All appearing parties via NYSCEF