**SCHWARTZ LAW PLLC**
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Email: allen@allenschwartzlaw.com

December 4, 2025

<u>**VIA NYSCEF**</u>
The Honorable Joel M. Cohen
Supreme Court of the State of New York
Commercial Division
60 Centre Street
New York, New York
  <u>***Re: Simpson v. Chassen, et. al.,* Index No. 158055/2023***</u>

Dear Justice Cohen:

  I write on behalf of Jared Chassen about Jeffrey Simpson's continuing harassment of my client and his family, and Mr. Simpson's defiance of the Court.

  At 5:19 a.m. this morning Mr. Simpson sent an email to the Court in further violation of three court orders (each imposing monetary sanctions), that barred such email communications. (NYSCEF Nos. 1847, 1851, 1998). Exhibit 1, Email Chain. Among other things, Mr. Simpson stated in this email to the Court, "***I dare him [the Court] to give me sanctions*** . . ." *Id.* (emphasis added).[1] About an hour later, at 6:38 a.m., Mr. Simpson directly texted Mr. Chassen's father and brother-in-law a harassing text message where he told them that Mr. Chassen was in trouble with law enforcement regarding this case. Exhibit 2, Text Message. Next, Mr. Simpson sent another email to the Court at 10:21a.m., where he told the Court, among other things, "I will pursue you. . ." Exhibit 3, Email Chain. Then, after being taken off the email chain between the parties (and told that his putting the Court on was a contempt), Mr. Simpson then reinserted the Court back on, saying, among other things, "**Putting the judge back on.**" Exhibit 4, Email Chain.

  Mr. Simpson's behavior is worsening by the day. These ongoing willful contempts further evidence the willfulness of his longstanding contempt of this Court's orders (Mot. Seq. No. 26) and further militate against granting him the equitable relief he simultaneously seeks (Mot. Seq. No. 32).

        Sincerely,
         /s/
        Allen Schwartz, Esq.

---

[1] This email came on top of numerous other contemptuous emails that Mr. Simpson has sent since October 7, 2025. *See e.g.* NYSCEF Nos. 2125-2134. Mr. Simpson also sent the undersigned a threatening email earlier this week. *See* NYSCEF No. 2135-2136.

CC: All appearing parties via NYSCEF