**SCHWARTZ LAW PLLC**
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Email: allen@allenschwartzlaw.com

December 16, 2025

**VIA NYSCEF**
The Honorable Joel M. Cohen
Supreme Court of the State of New York
Commercial Division
60 Centre Street
New York, New York
    *Re: Simpson v. Chassen, et. al.*, **Index No. 158055/2023**

Dear Justice Cohen:

    I write on behalf of Jared Chassen regarding Jeffrey Simpson's continued harassment of the Receiver in violation of the Receiver Orders, Mr. Simpson's ongoing willful defiance of this Court's four orders barring improper email correspondence with the Court, and Mr. Simpson's harassment of counsel, the parties, and non-parties.

    After this Court issued its fourth sanctions order on December 5, 2025 (NYSCEF No. 2157), Mr. Simpson immediately violated it (and three prior orders) with an email to the Court that stated, among other things, "So the court did exactly what I expected it to do . . . Go ahead with your sanctions . . ." A copy of this email is annexed hereto as **Exhibit 1**.[1] On Monday December 8, 2025, Mr. Simpson followed up with another email to the Court, this time also copying the Receiver in violation of the Receiver Orders. A true and correct copy of this email is annexed hereto as **Exhibit 2**. In addition to these emails, on December 13 and December 14, Mr. Simpson sent additional harassing and contemptuous emails to the Court, including *ex parte* emails, in violation of this Court's repeated orders. *See* NYSCEF Nos. 2173-2177. Some of these emails also copy the Receiver in violation of the Receiver Orders. *Id.*

    On December 14, 2025, Mr. Simpson also sent a series of emails to the Receiver and others in violation of the Receiver Orders wherein he stated, among other things, "corrupt scum why are you not responding . . . Go Run and cry to Your corrupt judge maybe you'll share a jail cell with him. True and correct copies of these emails are annexed hereto as **Exhibit 3, Exhibit 4, and Exhibit 5**. On December 14, 2025, Mr. Simpson also separately sent a harassing email to the undersigned and non-party Frank Seddio, Esq., where he referred to the undersigned as "that little pipsqueak of yours Allen Schwartz wow. Did you do someone a favor, were you just trying to make less waste for the rodent control?" A true and correct copy of this email chain is annexed hereto as **Exhibit 6**. Mr. Simpson's harassing email also referred to "the Jew goons of Brooklyn." *Id.*

---

[1] This email also violated three prior orders. *See* NYSCEF Nos. 1847, 1851, 1998.

2

      On December 16, 2025, Mr. Simpson sent yet another email to the Receiver in violation of the Receiver Orders, in which he wrote, "When is the meeting? Are you breaching an Order from your favorite corrupt judge?" A true and correct copy of this email is annexed hereto as **Exhibit 7**.

      Mr. Simpson continues to defy the Receiver Orders's bar on harassment of the Receiver as well as this Court's orders at NSYSCEF Nos. 1847, 1851, 1998, and 2157. He continues to threaten and harass the parties, counsel, and non-parties as well.

      Sincerely,

      /s/
      Allen Schwartz, Esq.

CC: All appearing parties via NYSCEF