

January 23, 2026

The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      **Re:**    ***Simpson v. Chassen et al.*, Case #25-04004 (S.D.N.Y.) (JAV)**
                Post-Judgment Subpoena Compliance (ECF Dkt. #47-2-47-5, 52, 61)

Dear Judge Vargas:

     On behalf of Jeffrey and Yael Simpson, I write to thank the Court for the extension and clarification afforded by the Court's November 19, 2025 Order (ECF Dkt. #52, 61) concerning compliance with the post-judgment subpoenas served in this action (ECF Dkt. #47-2-47-5). In the process of responding, the undersigned wishes to acknowledge the time and care taken by the Court in issuing its ruling and determining the appropriate scope of production and responses.

     As the Court's Order provides, responses to the subpoena requests left intact are due today. This letter is respectfully submitted to inform the Court that the undersigned is working diligently with Mr. and Mrs. Simpson to respond to the requests left intact by the Court's Order (ECF Dkt. #52), which my firm is working over the weekend to complete on or before Monday, January 26, 2026. The undersigned is working on several matters related to the Arch Companies, and I sincerely apologize to the Court for my delay.

     At a January 21, 2026 status conference in *Simpson v. Chassen*, Index #158055/2023 (Sup. Ct. N.Y. County, Comm. Div.), Justice Joel M. Cohen, J.S.C. granted the undersigned's motion to withdraw from representation of Mr. Simpson personally and afforded counsel for 608941 NJ Inc., Arch Real Estate Holdings LLC, and Jared Chassen the opportunity to oppose the motion insofar as it provides that the undersigned will continue to represent JJ Arch LLC in that action and the related interpleader action, *Great American Ins. Co. v. Arch Real Estate Holdings et al.*, Index #653208/2024 (Sup. Ct. N.Y. County, Comm. Div.). For background, the motion's return date is January 29, 2026, with answering papers due January 27, 2026.

- 2 -

    In the interest of avoiding prejudice to the client and facilitating process, and based on the client's informed consent, the undersigned does not intend to move to withdraw as counsel with respect to addressing the discrete issues raised in the appeal of the underlying attorneys' fees ruling in this action, nor from representing Mr. and Mrs. Simpson in responding to the instant subpoenas in this action. A letter filed today in response to an inquiry by the Second Circuit on the undersigned's continuing scope of representation in these matters is enclosed for reference.

    Respectfully submitted,

*[signature]*

Benjamin Robert Rajotte, Esq.
One Maiden Lane, Suite 900
New York, New York 10038
(212) 463-6669
rajb@mllg.nyc

*Counsel for Jeffrey and Yael Simpson*

cc: All parties entitled to notice via ECF

Encl.