Emergency Action Relief Request        January 27th, 2026

Jeffrey Simpson, personally, Pro Se
Managing Member of JJ Arch LLC, YJ Simco LLC, and personally
1055 Park Avenue
New York, NY 10028


District Judge Honorable Vargas        (1:24-CV-08649, 1:25-CV-04004)
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Southern District of New York
One Bowling Green
New York, NY, 10004


Re: **Request for Emergency Court Intervention – Respectfully Submitted**

Dear Honorable Judge Vargas,

I realized that my letter of January 20th, 2026 was filed on 08649 only and I did not request to upload it to 04004.   I will make that request today via the Prose office.

I do not want to belabor the point, I am respectful of Your Honor and Your Honor's Court and Decisions / Orders.   Unfortunately, I cannot expose my family to more harassment, malicious actions, etc. of these highly vindictive people that are simply attacking me every day.   Judge Cohen of NYS continues to participate.    I filed a USC 1983 action against him, Schwartz and Seddio for their alleged corruption.

We are trying to work through the resolution of YJ Simco concurrently.  That is a mess too, where Chassen (and Oak) pushed a Chapter 7 conversion, all to avoid the inevitable, the truth of what really happened at AREH and what they did to decimate it, all so that Oak can seek guarantee relief that I would not condone as it was not contractual and there were $150M of other investors (all wiped out now as a result).   It is overwhelming to say the least.

The Order by Judge Furman was Appealed, the 2nd Circuit is aware, acknowledged that it is uncontested.  As you may be aware Judge Furman granted relief to these folks in hours, in this case, which it would not be possible for any human to understand what occurred in this case in that short period of time.  He simply relied on Cohen, that has been the problem for over 2 years now.   Notwithstanding, the conflict I raised regarding Furman.   The Court did address that and I appreciate it but we continue to be prejudiced by all the Courts count on NYS Orders that make

no sense.   The conspiracy is clear, recusal has been discussed for over 1 year and he ignores it. His tenure is on the line.

 I do not wish to appeal Your Honor's Order (the appeal is already there, positive in my favor, and it would be a waste of judicial resources)  nor do I wish to dishonor anything contained in it but if I am left with no choice other than to file personal bankruptcy (unless something changes this week), which will "stay" all actions immediate.

I hope Your Honor understands but I must take a stand and hold back from replying to requests of "terrorists" given their actions over the last 2.5 years.  As I have said countless times to the various Courts, they will only be satisfied if I am dead or incarcerated.  Nothing about this case is civil, the NYS Court refused to report the criminality to law enforcement.   I do have police activity now, per my request, they are dumbfounded as to how any of this could have happened.  The record is overwhelming how malicious they are, the games they play, etc.   All is to avoid the fraud, collusion, theft, etc of the penal crimes they have committed and to retaliate against the Whistleblower (me).

Judge Cohen is ruling without merit (breaching BK stay's), we are seeking Motion practice in YJ Simco, and I am working on a personal bankruptcy application (not my desire but I am left with no other choice).   I cannot do anymore simultaneously besides trying to fend off the "goon's and work to feed my family (18 hours a day, 7 days a week) and I am not able to receive any sort of executive pay because of the way they ruined my reputation (pre mediated – I don't need discovery, I have the evidence – NYS Court didn't care when they should have, the motive is obvious).

I hope Your Honor understands the predicament that I am in, especially without counsel at the present time.



Respectfully Submitted,

/s/ Jeffrey Simpson

2