**Allen Schwartz**

| | |
|---|---|
| **Subject:** | Re: Jared's equity admission of JJ Arch in July of 2023 |
| **Date:** | Tuesday, January 27, 2026 at 7:35:06 AM Eastern Standard Time |
| **From:** | Jeffrey Simpson <jsimpson001@icloud.com> |
| **To:** | Hon. Joel M. Cohen <jmcohen@nycourts.gov>, Jared Chassen <jaredchassen@gmail.com>, Allen Schwartz <allen@allenschwartzlaw.com>, David A. Gold <dag@msf-law.com>, Martin Bunin <MBunin@farrellfritz.com>, Eric Huebscher <ehuebscher@huebscherconsulting.com>, Jonathan T. Koevary <JKOEVARY@olshanlaw.com>, Scott A. Schechter <sschechter@kbrlaw.com>, Joshua DiLena <jdilena@kbrlaw.com>, Sean Southard <ssouthard@klestadt.com>, Gary Herbst <gfh@lhmlawfirm.com>, NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>, Michelle Miller <michellecmiller6@gmail.com>, Yechiel Lehrfield <lehrfield.yechiel@gmail.com>, David Heymann <dheymann@meltzerlippe.com>, jdayon@mdlawllp.com <jdayon@mdlawllp.com>, seddiolaw@gmail.com <seddiolaw@gmail.com>, cjc@cjc.ny.gov <cjc@cjc.ny.gov>, Alvin Bragg <bragga@dany.nyc.gov>, ig@nycourts.gov <ig@nycourts.gov>, Criminal.Division@usdoj.gov <Criminal.Division@usdoj.gov> |
| **Attachments:** | 1.27.26 Judge Vargas letter 04004.pdf, ATT00001.htm |

Since I'm attacked in multiple courts at the same time, here's a courtesy copy of what is being filed in the federal court to respond to Schwartz's "terroristic" actions toward me that somehow stick even though he's a lying, cheating, disgusting human that should've lost his license a long time ago but how would that happen when he's one of Seddio's "goons".   He will lose his license before I'm done, unquestionably - he'll be turning it in for his perjury and participation in this vindictive collusion and unlawful actions with judges.