**Allen Schwartz**

| | |
|---|---|
| **Subject:** | RE: Activity in Case 1:25-cv-04004-JAV Simpson v. Chassen et al Letter |
| **Date:** | Thursday, January 29, 2026 at 4:19:37 PM Eastern Standard Time |
| **From:** | Benjamin Robert Rajotte <rajb@mllg.nyc> |
| **To:** | Allen Schwartz <allen@allenschwartzlaw.com> |

Sorry was getting off a call. Give me a few minutes will call

Benjamin Robert Rajotte, Esq.
(212) 463-6669
rajb@mllg.nyc

---

**From:** Allen Schwartz <allen@allenschwartzlaw.com>
**Sent:** Thursday, January 29, 2026 3:37 PM
**To:** Benjamin Robert Rajotte <rajb@mllg.nyc>
**Subject:** Re: Activity in Case 1:25-cv-04004-JAV Simpson v. Chassen et al Letter

I just called your office and was told that you were unavailable.

Allen Schwartz, Esq.
Schwartz Law PLLC
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Cell: 773-808-8972
Email: Allen@allenschwartzlaw.com


On Thu, Jan 29, 2026 at 1:34 PM Allen Schwartz <allen@allenschwartzlaw.com> wrote:

> Yes.
>
> Allen Schwartz, Esq.
> Schwartz Law PLLC
> 150 Broadway, Suite 701
> New York, NY 10038
> Tel: 347-460-5379
> Cell: 773-808-8972
> Email: Allen@allenschwartzlaw.com
>
>
> On Thu, Jan 29, 2026 at 1:26 PM Benjamin Robert Rajotte <rajb@mllg.nyc> wrote:
>
>> Speak at 3:30 pm?

Benjamin Robert Rajotte, Esq.
(212) 463-6669
rajb@mllg.nyc

---

**From:** Allen Schwartz <allen@allenschwartzlaw.com>
**Sent:** Thursday, January 29, 2026 10:31 AM
**To:** Benjamin Robert Rajotte <rajb@mllg.nyc>
**Subject:** Re: Activity in Case 1:25-cv-04004-JAV Simpson v. Chassen et al Letter

Following up.

Allen Schwartz, Esq.
Schwartz Law PLLC
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Cell: 773-808-8972
Email: Allen@allenschwartzlaw.com


On Wed, Jan 28, 2026 at 4:28 PM Allen Schwartz <allen@allenschwartzlaw.com> wrote:

> Is there another time in the afternoon that would work better for you? I am available anytime today or tomorrow.
>
> Allen Schwartz, Esq.
> Schwartz Law PLLC
> 150 Broadway, Suite 701
> New York, NY 10038
> Tel: 347-460-5379
> Cell: 773-808-8972
> Email: Allen@allenschwartzlaw.com
>
>
> On Wed, Jan 28, 2026 at 4:27 PM Benjamin Robert Rajotte <rajb@mllg.nyc> wrote:
>
>> I think so. Sorry to equivocate. Let me confirm in the morning please.
>>
>> Benjamin Robert Rajotte, Esq.
>> (212) 463-6669
>> rajb@mllg.nyc
>>
>> ---
>>
>> **From:** Allen Schwartz <allen@allenschwartzlaw.com>
>> **Sent:** Wednesday, January 28, 2026 3:39:17 PM

**To:** Benjamin Robert Rajotte <rajb@mllg.nyc>
**Subject:** Re: Activity in Case 1:25-cv-04004-JAV Simpson v. Chassen et al Letter

Mr. Rajotte,

How about 1pm tomorrow then?

Thanks,

Allen

Allen Schwartz, Esq.
Schwartz Law PLLC
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Cell: 773-808-8972
Email: Allen@allenschwartzlaw.com

On Wed, Jan 28, 2026 at 3:17 PM Benjamin Robert Rajotte <rajb@mllg.nyc> wrote:

> Allen, having some medical issues, can we speak tomorrow afternoon?
>
> Benjamin Robert Rajotte, Esq.
>
> (212) 463-6669
>
> rajb@mllg.nyc

---

**From:** Allen Schwartz <allen@allenschwartzlaw.com>
**Sent:** Wednesday, January 28, 2026 12:10 PM
**To:** Benjamin Robert Rajotte <rajb@mllg.nyc>
**Subject:** Re: Activity in Case 1:25-cv-04004-JAV Simpson v. Chassen et al Letter

Mr. Rajotte:

In furtherance of my email this morning, I tried calling your office to confer, and left a message with your office to please call me back. I am available to confer anytime

> today.
>
> Thanks,
>
> Allen
>
>
> Allen Schwartz, Esq.
>
> Schwartz Law PLLC
>
> 150 Broadway, Suite 701
>
> New York, NY 10038
>
> Tel: 347-460-5379
>
> Cell: 773-808-897
>
> Email: Allen@allenschwartzlaw.com
>
>
> On Wed, Jan 28, 2026 at 10:58AM Allen Schwartz <allen@allenschwartzlaw.com> wrote:
>
>> Good morning Mr. Rajotte:
>>
>> Mr. Chassen has not received Mr. Simpson's responses or document production in connection with the subpoenas served in September 2025. The court-ordered deadline for compliance has now expired.
>>
>> In your letter dated Friday, January 23, 2026—the day of the deadline—you represented that Mr. Simpson would provide responses and complete production by Monday (after the court-ordered deadline). As of the date of this email no responses or production have been received.
>>
>> Absent receipt of Mr. Simpson's complete responses and document production by the close of business today, Mr. Chassen will have no choice but to seek judicial intervention.

Please advise immediately,

Thank you,

Allen

Allen Schwartz, Esq.

Schwartz Law PLLC

150 Broadway, Suite 701

New York, NY 10038

Tel: 347-460-5379

Cell: 773-808-8972

Email: Allen@allenschwartzlaw.com


---------- Forwarded message ---------
From: <NYSD_ECF_Pool@nysd.uscourts.gov>
Date: Fri, Jan 23, 2026 at 11:21PM
Subject: Activity in Case 1:25-cv-04004-JAV Simpson v. Chassen et al Letter
To: <CourtMail@nysd.uscourts.gov>


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended. \*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Rajotte, Benjamin Robert on 1/23/2026

at 11:20 PM EST and filed on 1/23/2026

**Case Name:**         Simpson v. Chassen et al
**Case Number:**       1:25-cv-04004-JAV
**Filer:**             Jeffrey Simpson
**WARNING: CASE CLOSED on 06/02/2025**
**Document Number:** 62

**Docket Text:**
**LETTER addressed to Judge Jeannette A. Vargas from Benjamin Robert Rajotte dated January 23, 2026 re: Compliance with Subpoenas Pursuant to Court's Order (ECF Dkt. #52). Document filed by Jeffrey Simpson. (Attachments: # (1) Exhibit Letter in Response to Inquiry re: Scope of Representation, Simpson v. Chassen et al., #25-2388 (2d Cir.)).(Rajotte, Benjamin Robert)**


**1:25-cv-04004-JAV Notice has been electronically mailed to:**

Allen Schwartz &nbsp &nbsp allen@allenschwartzlaw.com

Benjamin Robert Rajotte &nbsp &nbsp rajb@mllg.nyc, rajottelawgroup@recap.email

Jonathan T. Koevary &nbsp &nbsp jkoevary@olshanlaw.com, chollinsIII@olshanlaw.com, docketclerk@olshanlaw.com

**1:25-cv-04004-JAV Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/23/2026] [FileNumber=34226761-0] [82f85e1b30c7ea7448f96f4ae6da491788c0e38f5b2b180cd8649900883fc8c1ce ae6b56bae499f92cd4a4faa5a1a1c498a9f7aca06a7bd51565776e942815da]]
**Document description:** Exhibit Letter in Response to Inquiry re: Scope of Representation, Simpson v. Chassen et al., #25-2388 (2d Cir.)
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/23/2026] [FileNumber=34226761-1] [56f5e0b841ca5dc26f2cb71e590d110b03af185712bf7e0c52678a32614a23593a c9c46de1dc1445cb1508a584a37f2831c92a4f37630f82ccf602efa8041154]]