**SCHWARTZ LAW PLLC**
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Email: allen@allenschwartzlaw.com

January 29, 2026

**VIA ECF**
Hon. Jeannette A. Vargas
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007
   **Re: *Simpson v. Chassen*, 1:25-cv-04004-JAV**

Dear Judge Vargas:

  On behalf of Jared Chassen, I write regarding Mr. Chassen's just-filed letter motion (ECF 64) to inform the Court of an email I received almost immediately after I filed the motion from Jeffrey Simpson, in which he, among other things, directs me not to contact his counsel again, states that he welcomes a conference with the Court, and affirms his refusal to comply with the subpoenas, telling me that "any demands for information is deemed harassment." Attached hereto as **Exhibit 1** is a true and correct copy of this email.

  I thank the Court in advance.

                Sincerely,
                /s/ Allen Schwartz, Esq.