**Allen Schwartz**

**Subject:** Re: Activity in Case 1:25-cv-04004-JAV Simpson v. Chassen et al Letter
**Date:** Thursday, January 29, 2026 at 5:41:11 PM Eastern Standard Time
**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**To:** Benjamin Robert Rajotte <rajb@mllg.nyc>, allen@allenschwartzlaw.com <allen@allenschwartzlaw.com>

Allen, do not call Ben any further
None of your harassment is acceptable to anyone and I'm not having him speak on my behalf if you want to talk to someone you could talk to the horses mouth and that is me.   You want to  have a conference with Judge Vargas?   Please let's do it immediately I look forward to it I can't wait for her to learn what in the world you've been doing for the last 2 1/2 years.   Anyone in the right mind but Judge cohen  can see right through the criminality of you, Seddio, Chassen Oak etc
We will deal with this in my personal bankruptcy filing as well, in front of a real court some bullshit corruption scheme that you have going on.   Which of my lawyers that you tell that you're from Chicago and you understand them or you're affiliated with them?   I guess Frank Seddio is the best you could do in New York.

You know my phone number if you want to talk , do not call Ben again.   Any demands of any information is deemed as harassment by you and all the goons you're with and the fact that judge keeps allowing it, nobody understands it and we will deal with it in due course.

Jeffrey Simpson

Sent from my iPhone

> On Jan 28, 2026, at 1:43PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>
> Allen, if there's something you'd like to discuss you can reach out to me directly.
>
>  Ben is transitioning out and as I've stated I'm the process of preparing a personal bankruptcy filing, we will find justice on you and your client there.   If the criminal justice folks don't do it first.
>
> Jeffrey Simpson
>
> Sent from my iPhone
>
>> On Jan 28, 2026, at 11:00AM, Benjamin Robert Rajotte <rajb@mllg.nyc> wrote:

Benjamin Robert Rajotte, Esq.
(212) 463-6669
rajb@mllg.nyc

---

**From:** Allen Schwartz <allen@allenschwartzlaw.com>
**Sent:** Wednesday, January 28, 2026 10:58 AM
**To:** Benjamin Robert Rajotte <rajb@mllg.nyc>
**Subject:** Fwd: Activity in Case 1:25-cv-04004-JAV Simpson v. Chassen et al Letter

Good morning Mr. Rajotte:

Mr. Chassen has not received Mr. Simpson's responses or document production in connection with the subpoenas served in September 2025. The court-ordered deadline for compliance has now expired.

In your letter dated Friday, January 23, 2026—the day of the deadline—you represented that Mr. Simpson would provide responses and complete production by Monday (after the court-ordered deadline). As of the date of this email no responses or production have been received.

Absent receipt of Mr. Simpson's complete responses and document production by the close of business today, Mr. Chassen will have no choice but to seek judicial intervention.

Please advise immediately,

Thank you,

Allen

Allen Schwartz, Esq.
Schwartz Law PLLC
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Cell: 773-808-8972
Email: Allen@allenschwartzlaw.com


---------- Forwarded message ---------
From: <NYSD_ECF_Pool@nysd.uscourts.gov>
Date: Fri, Jan 23, 2026 at 11:21 PM
Subject: Activity in Case 1:25-cv-04004-JAV Simpson v. Chassen et al Letter
To: <CourtMail@nysd.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Rajotte, Benjamin Robert on 1/23/2026 at 11:20 PM EST and filed on 1/23/2026

**Case Name:**     Simpson v. Chassen et al
**Case Number:**     1:25-cv-04004-JAV
**Filer:**     Jeffrey Simpson
**WARNING: CASE CLOSED on 06/02/2025**
**Document Number:** 62

**Docket Text:**
**LETTER addressed to Judge Jeannette A. Vargas from Benjamin Robert Rajotte dated January 23, 2026 re: Compliance with Subpoenas Pursuant to Court's Order (ECF Dkt. #52). Document filed by Jeffrey Simpson. (Attachments: # (1) Exhibit Letter in Response to Inquiry re: Scope of Representation, Simpson v. Chassen et al., #25-2388 (2d Cir.)).(Rajotte, Benjamin Robert)**


**1:25-cv-04004-JAV Notice has been electronically mailed to:**

Allen Schwartz &nbsp &nbsp allen@allenschwartzlaw.com

Benjamin Robert Rajotte &nbsp &nbsp rajb@mllg.nyc, rajottelawgroup@recap.email

Jonathan T. Koevary &nbsp &nbsp jkoevary@olshanlaw.com, chollinsIII@olshanlaw.com, docketclerk@olshanlaw.com

**1:25-cv-04004-JAV Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/23/2026]
[FileNumber=34226761-
0]
[82f85e1b30c7ea7448f96f4ae6da491788c0e38f5b2b180cd8649900883fc8c1ce
ae6b56bae499f92cd4a4faa5a1a1c498a9f7aca06a7bd51565776e942815da]]
**Document description:**Exhibit Letter in Response to Inquiry re: Scope of Representation, Simpson v. Chassen et al., #25-2388 (2d Cir.)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/23/2026]
[FileNumber=34226761-
1]
[56f5e0b841ca5dc26f2cb71e590d110b03af185712bf7e0c52678a32614a23593a
c9c46de1dc1445cb1508a584a37f2831c92a4f37630f82ccf602efa8041154]]