February 10, 2026

Pleading (Docket 81), Scheduling Concerns and Objections for 2.26.26 Motion

>Jeffrey Simpson, personally, Pro Se
>Managing Member of JJ Arch LLC, YJ Simco LLC, and personally
>1055 Park Avenue
>New York, NY 10028

Delivered via email to all parties via ECF via Pro Se e file

| | |
|---|---|
| United States Bankruptcy Court Judge Honorable Beckerman | YJ Simco LLC  (1:25-BK-10437) |
| United States Bankruptcy Trustee Grey M. Zipes | YJ Simco LLC  (1:25-BK-10437) |

Southern District of New York
One Bowling Green
New York, NY, 10004

Re: **Pleading 81 Scheduled Hearing for February 26th, 2026.**

 Dear Honorable Justice Beckerman of the Federal Southern District Bankruptcy Court:

I apologize to write to you again after I believe you endorsed the Motion that I seek for various forms of relief, scheduled to be heard on February 26th, 2026 at 10 am.  Unfortunately, I have tried several times to "meet and confer" with the various counselors and Trustee and without surprise, I am unsuccessful.  The purpose was to establish scheduling, discovery, testimony and the like.   Your Honor has already seen some of the correspondence and provided a clear affirmative reply just late last week, unless I misunderstood.

Mr. Koevary has now decided that his client(s) (he purports to represent AREH but that is not possible because under all circumstances I am the majority owner of the company contractually – directly or indirectly) **will object to an evidentiary hearing**!  It is frankly comical that he suggests this.   His letter of objection, of the same motion to this Court, *clearly concludes that he insists that an evidentiary hearing is necessary*.  That letter is a straight attack on me, without merit, like usual in this case.  It actually drives the point home – everything he references is tied to the "wins" that his collusive clients (Chassen and Oak through a joint defense agreement) have achieved against me in defunct NYS Court.  He insists in that letter that he requires a deposition of me[1].  It is remarkable how almost 3 years of this and there has been one deposition, it was of me, for 8 hours with straight attacks by the various "goon"

---

[1] Simultaneously Allen Schwartz is trying to attack me in NYS Court and my wife in SDNY, under the 04004 case (Judge Vargas).  Anything they can do to attack me and my family, they will.  Again, I am the whistleblower for their malfeasance/criminality and their only defense is to burn me down.  This chapter filing has exposed so many fraudulent transfers and the like but as the Trustee says, there isn't funds available to deal with those issues and it is NOT in their report – THAT IS NOT AN ACCEPTABLE OR A LAWFUL ANSWER – hopefully the DOJ chimes in.

1

lawyers here (Schwartz, a Seddio [2] affiliate and most of the questioning was surrounding the YJ Simco, JP Morgan bank account, which according to JP Morgan, **Chassen was the only authorized party (not proper) until recently**!).  Chassen has taken the stand multiple times, I have illustrated how he fumbled and illustrated positions that were contrary to his sworn Affidavits (several here in SDNY) each time – straight perjury.  Why didn't the Court care, that is a different issue, not for today.

I do not want to belabor the point, but I have raised this in Your Honor's Court before that due process is avoided at all costs by these highly vindictive parties who have one agenda – steal from and ruin Jeffrey Simpson at all costs.   I have positioned the proper witnesses in NYS Court, with countless examples and either they didn't show up (with subpoenas), Oak threatened them, or Joel Cohen denied them attending to his Court on my request for necessary third party testimony.   We reviewed this in several conferences and I am aware that Your Honor reassured me that due process will occur in Your Honor's Court.

This concept of throwing the ball out there, if it doesn't go in the direction they like, pull it back.   The opposition has done this countless times (crystal clear with Judge Carter and all over the JJ Arch docket), I am happy to share explicit evidence to support this but I do not think it is necessary as it is obvious at this point.   It is actually the same circumstance regarding if YJ Simco is a named defendant or not in the NYS case.   They claim it hasn't been since May of 2025[3] (immediately after this Chapter 11 filing) but they still have constant overlap in pursuits because they are aware that it is an important entity in the investment structure.

I understand that I am not a lawyer and I do not know the procedures thoroughly but I am studying these issues, under the law each time I present them.   With that said, one compromise or proposal could be to focus the first tier of relief sought, of this Motion, regarding the contractual claims made D&O policy that provided coverage to me and any of my affiliates until the opposition attacked them in different ways through Koevary and Chassen, while in the midst of JJ Arch BK proceedings.   I have included the insurance lawyers in the dialogue for meet and confer and they do not respond either (Judge Cohen had destroyed all around me and my businesses so no response is now par for the course).   With limited discovery and testimony surrounding if YJ Simco is entitled to coverage or not (it absolutely is), this can pave the way for carrier to be compeled to provide coverage again, to provide counsel to support my efforts of defense here, rather than attempting to attend to these complex issues Prose.   If the Court will consider this request, I will recast my efforts with the parties to focus on this for the 26th hearing (and the remaining matters to follow at a later date, subject to the Court's approval).   This could be a good start to the process and should have less opposition to the discussion, initially.   I am not suggesting to withdraw

---

[2] I am sure that Your Honor has seen the NYS Court corruption that is very live and real at this point.  It is not a purported conspiracy that I raise.  There are now two real estate cases, with Seddio affiliation, that have serious trouble.  It is public information, Allen Schwartz is undoubtedly a Seddio affiliate.   He gave a business card saying this to a Court Reporter for one of the NYS transcripts.   If you conduct a search, they are on multiple cases together.   Chassen's 2nd lawyer was an affiliate of Seddio, Judge John Leventhal.  His firm, Aidala, Bertuna & Kamins is also mixed up in the various cases that have corruption tied to them.   It is crystal clear that Judge Joel Cohen is influenced by Schwartz / Seddio.   In my own investigations, multiple sources told me to call Sam Sprei (the front man in both cases and a horrific business person that I met through the my business efforts to work out NYC bankruptcy properties) and bring $1M and my life will get better and I said no chance!
[3] Again, the NYS law says after 20 days they need a consensual party to release the defendant or a Motion with due process, in order to achieve this, neither happened.   This is standard for Judge Cohen, make up the rules daily.

the other forms of relief sought but I make this proposal in good faith to attend to a process that will be better served by counsel for all parties benefit, including the Court.

If Your Honor would like for me to attend to this latest objection in more detail to illustrate how their objection has been part of their theme for avoidance of telling the truth and to make me the "Fall guy" for the last 3 years, I am happy to write a detailed memo or brief citing countless pieces of evidence to illustrate this gamenship.

Finally, as Your Honor knows, and I believe the other parties know but I have been sharing the activities here with the USTP DOJ folks. I am going to send a copy of this correspondence there too. They need to see the trickery and posturing of these sophisticated criminals[4] in real time.

To the extent the Court approves this request, I will coordinate any discovery and/or testimony with Mr. Messer / Mr. Herbst, the opposition, and the insurance representatives and we will report back.

Thank you for your assistance on this matter and with the hearing only 16 days away, I kindly request the Court to provide direction or to coordinate a conference to resolve the issue discussed herein.

Respectfully submitted,

/s/  Jeffrey Simpson

---

[4] I am happy to share publicly sourced information about Oak's current dealings with the 2 other companies that they invested in 2021, both have public markets involved. Both failed investments by Michael Wiener, they blame everyone else and play similar games. I have been in touch with the principal of IM Cannabis in Israel and even have text messages with him confirming his views of these folks. He has since gone dark but can be subpoenaed. We have also be in touch with the various Receivers for GFI, a pet food company out of Canada. They have the same struggles but what is interesting there is that Haynes & Boone is involved. The same law firm that Oak used to attack me and my businesses for the majority of the last 3 years. The day the JDA was released, Leslie Thorne, disappears from the case.
I can also illustrate how they attacked another party in 2003, it was never disclosed but the online article became available after litigation commenced. I spoke directly with that principal too, he said very little but it was clear that he confirms my intuition about these horrific actors.

3