# EXHIBIT A

United States Bankruptcy Court
Southern District of New York

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was
filed under Chapter 11 of the United States Bankruptcy Code,
entered on 02/19/2026 at 9:06 PM and filed on 02/19/2026.

**Jeffrey Solomon Simpson**
1055 Park Avenue
#4
New York, NY 10028
SSN / ITIN: xxx-xx-4463

The case was filed by the debtor's attorney:

**Alec P. Ostrow**
Becker, Glynn, Muffly, Chassin & Hosinski LLP
299 Park Avenue
16th Floor
New York, NY 10171
(212) 888-3033

The case was assigned case number 26-10359.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against
the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at
all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take
other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights
in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our
*Internet* home page http://ecf.nysb.uscourts.gov or at the Clerk's Office, One Bowling Green, New York, NY
10004-1408.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

**Vito Genna**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center |
|---|
| Transaction Receipt |

| 02/19/2026 21:32:05 | | | |
|---|---|---|---|
| **PACER Login:** | BeckerGlynn | **Client Code:** | 8751-001 |
| **Description:** | Notice of Filing | **Search Criteria:** | 26-10359 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |