UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JEFFREY SIMPSON, :
:
:
Plaintiff, :   25-CV-04004 (JAV)
:
-v- :   ORDER
:
:
JARED CHASSEN, et al., :
:
Defendants. :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

In light of the Notice of Bankruptcy Filing (ECF No. 67), all post-judgment collection efforts in this matter are stayed pending the conclusion of bankruptcy proceedings, or the lifting or modification of the automatic stay as applied to this action. *See* 11 U.S.C. § 362.

The Clerk of Court is directed to terminate all open motions.

SO ORDERED.

Dated: March 3, 2026
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge