UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY SIMPSON,<br><br>      Plaintiff,<br><br> - against -<br><br>JARED CHASSEN, et al.,<br><br>      Defendants. | Civil Action No. 25-CV-4004<br>(JAV)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Alec P. Ostrow, a partner at the law firm Becker, Glynn, Muffly, Chassin & Hosinski LLP, as counsel for Plaintiff Jeffrey Simpson.

I hereby certify that I am an attorney admitted to practice in this Court.

Dated: New York, New York
    March 12, 2026

              BECKER, GLYNN, MUFFLY,
              CHASSIN & HOSINSKI LLP

              By: /s/ Alec P. Ostrow
              Alec P. Ostrow
              299 Park Avenue
              New York, New York 10171
              (212) 888-3033
              aostrow@beckerglynn.com

              *Proposed Bankruptcy Counsel for Jeffrey Simpson, as Debtor in Possession*