**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JEFFREY SIMPSON,

                Plainitiff,

-- against –

JARED CHASSEN, et al.,

                Defendants.

Civil Action No. 25-CV-4004 (JAV)

**NOTICE OF MOTION TO CONSTRUE OR FOR RELIEF FROM INJUNCTION PROHIBITING REMOVAL WITHOUT COURT CONSENT**

      PLEASE TAKE NOTICE that Jeffrey Simpson, in his capacity as debtor in possession in bankruptcy case no. 26-10359 (LGB), pending in the United States Bankruptcy Court for the Southern District of New York, hereby moves for an order (a) construing this Court's Memorandum Opinion and Order of June 27, 2025, ECF No. 31 (the "Injunction Order") that prohibits him from removing the underlying action pending in the Supreme Court of the State of New York, County of New York, Index No. 158055/2023 (the "Referenced Action") as not applicable to him in his capacity as debtor in possession, or (b) granting relief from the Injunction Order, pursuant to Rule 60(b) of the Federal Rules of Civil Procedure to permit him to remove the Referenced Action pursuant to the bankruptcy removal statute, 28 U.S.C. § 1452(a), or (c) granting him permission to remove the Referenced Action pursuant to the bankruptcy removal statute, 28 U.S.C. § 1452(a), under the terms of the Injunction Order.

      The following documents are submitted in support of this motion: (a) a memorandum of law; and (b) a declaration of Alec P. Ostrow.

4919-4476-3538 v.1

PLEASE TAKE FURTHER NOTICE that, in accordance with Local Civil Rule 6.1(b), any opposing affidavits and answering memoranda shall be served within 14 days of the service of this motion.

Dated: New York, New York
March 12, 2026

BECKER, GLYNN, MUFFLY,
CHASSIN & HOSINSKI LLP

By: /s/ *Alec P. Ostrow*
      Alec P. Ostrow
299 Park Avenue
New York, New York 10171
(212) 888-3033
aostrow@beckerglynn.com

*Proposed Bankruptcy Counsel for*
*Jeffrey Simpson, as Debtor in Possession*

4919-4476-3538 v.1