UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY SIMPSON, <br><br> Plaintiff, <br><br> -- against – <br><br> JARED CHASSEN, et al., <br><br> Defendants. | Civil Action No. 25-CV-4004 (JAV) |

**DECLARATION OF ALEC P. OSTROW IN SUPPORT OF MOTION
TO CONSTRUE OR FOR RELIEF FROM INJUNCTION
PROHIBITING REMOVAL WITHOUT COURT CONSENT**

Alec P. Ostrow hereby declares the following under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am a member of the bar of this Court and a member of the firm of Becker, Glynn, Muffly, Chassin & Hosinski, LLP, the attorneys that filed the chapter 11 petition for Jeffrey Solomon Simpson (the "Debtor"), and are his proposed counsel as debtor in possession in his chapter 11 case, which is pending in the United States Bankruptcy Court for the Southern District of New York, Case No. 26-10359 (LGB), before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge. I filed the notice of the Debtor's bankruptcy filing that is ECF No. 67 in this case. Jeffrey Simpson is the named plaintiff in this case.

2. I make this declaration in support of the Debtor's motion plaintiff's motion for an order (a) construing this Court's Memorandum Opinion and Order of June 27, 2025, ECF No. 31 (the "Injunction Order") that prohibits him from removing the underlying action pending in the Supreme Court of the State of New York, County of New York, Index No. 158055/2023 (the

4908-4755-6247 v.1

"Referenced Action") as not applicable to him in his capacity as debtor in possession, or (b) granting relief from the Injunction Order, pursuant to Rule 60(b) of the Federal Rules of Civil Procedure to permit him to remove the Referenced Action pursuant to the bankruptcy removal statute, 28 U.S.C. § 1452(a), or (c) granting him permission to remove the Referenced Action pursuant to the bankruptcy removal statute, 28 U.S.C. § 1452(a), under the terms of the Injunction Order. The purpose of this declaration is to attach true and correct copies of the principal documents referred to in the accompanying memorandum of law.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Injunction Order.

4. Attached hereto as Exhibit 2 is a true and correct copy of the order issued by Justice Cohen on February 27, 2026 in the Referenced Action that stayed the Referenced Action in its entirety. Order, *Simpson v. Chassen*, Index No. 158055/2023, NYSCEF No. 2363 (Sup. Ct. N.Y. Cnty. Feb. 27, 2026).

5. Attached hereto as Exhibit 3 is a true and correct copy of Court Notice issued by Justice Cohen on March 10, 2026 in the Referenced Action. Court Notice, *Simpson v. Chassen*, Index No. 158055/2023, NYSCEF No. 2369 (Sup. Ct. N.Y. Cnty. Mar. 10, 2026).

6. I declare under penalty of perjury that the foregoing is true and correct. Executed on March 12, 2026

                                                                */s/ Alec P. Ostrow*
                                                                 Alec P. Ostrow