# EXHIBIT 2

## SUPREME COURT OF THE STATE OF NEW YORK
## NEW YORK COUNTY

PRESENT:    **HON. JOEL M. COHEN**                          PART _____ 03M

                                                    *Justice*
-------------------------------------------------------------------X

JEFFREY SIMPSON, INDIVIDUALLY AND DERIVATIVELY,          INDEX NO.    158055/2023
AS MANAGING MEMBER OF JJ ARCH LLC, SUING
DERIVATIVELY AS MANAGING MEMBER OF ARCH REAL
ESTATE HOLDINGS LLC, JJ ARCH LLC,

                            Plaintiffs,

                    - v -

JARED CHASSEN, FIRST REPUBLIC BANK, YJ SIMCO
LLC, ARCH REAL ESTATE HOLDINGS LLC,225 HPR LLC,
JJ NY 550 LLC,1640 MONTAUK LLC,1640 MOTORS
LLC,146 E. 89 BORROWER 1 LLC,

                            Defendants.

-------------------------------------------------------------------X

This matter is **STAYED** pending the bankruptcy proceedings involving

Plaintiff/Counterclaim Defendant Jeffrey Simpson (*see* NYSCEF 2354-2355). The parties are

directed to file a joint status letter on or before May 1, 2026 and every 60 days thereafter.

2026022713552JMCOHENE39ACFSDC11249FEBE7834E42F33CDE2

_____

**DATE: 2/27/2026**                                  **JOEL M. COHEN, JSC**

**Check One:**          ☐ Case Disposed          ☒ **Non-Final Disposition**

**Check if Appropriate:**    ☐ Other (Specify _____ )

# OTHER ORDER – NON-MOTION