**SCHWARTZ LAW PLLC**
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Email: allen@allenschwartzlaw.com

March 23, 2026

**VIA ECF**
Hon. Jeannette A. Vargas
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re: *Simpson v. Chassen*, 1:25-cv-04004-JAV**

Dear Judge Vargas:

I am counsel for Jared Chassen. I write to respectfully request that the Court extend Mr. Chassen's time to oppose Jeffrey Simpson's motion pending motion (ECF Nos. 70-72) seeking relief in connection with the injunction barring him from removing the action captioned *Simpson v. Chassen*, Index No. 158055/2023 (N.Y. Co.) (the "Motion"). This request is made on the consent of Mr. Simpson's counsel.

Opposition to the Motion is currently due on or before March 26, 2026. Mr. Chassen respectfully requests that the Court extend the deadline to oppose the Motion until April 20, 2026, with an April 27, 2026 the deadline for reply. Mr. Simpson's counsel consented to this briefing schedule. I am making this request because I need additional time to prepare opposition papers. Moreover, significant portions of my upcoming schedule will be affected by the Jewish holidays, as I am observant of, and intend to be travelling for, the upcoming Jewish holiday of Passover, which begins on April 1, 2026 and ends on April 9, 2026. There have been no previous requests for an extensions or adjournments of the Motion. The parties do not have any scheduled appearances in this matter.

I thank the Court in advance.

Sincerely,
/s/ Allen Schwartz, Esq.