# OLSHAN

1325 AVENUE OF THE AMERICAS ▪ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ▪ FACSIMILE: 212.451.2222

EMAIL:  JKOEVARY@OLSHANLAW.COM
DIRECT DIAL:  212.451.2265

March 24, 2026

**BY ECF**
Hon. Jeannette A. Vargas
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:**    ***Simpson v. Chassen et al.*, Case #25-cv-4004 (JAV)/Motion to Construe or Order for Relief from Injunction: Extension Request**

Dear Judge Vargas:

This office is counsel to Arch Real Estate Holdings LLC ("AREH"), who together with 608941 NJ Inc. ("Oak") are parties in the above-referenced case. We jointly request an opportunity to object or otherwise respond to Jeffrey Simpson's *Motion to Construe Order for Relief from Injunction* [ECF No. 70] on the same briefing schedule afforded by the Court to Jared Chassen [ECF No. 73]. Counsel for Mr. Simpson consented to this request.

Respectfully submitted,

*/s/* Jonathan T. Koevary

Jonathan T. Koevary

13193649-1