**OLSHAN**

1325 AVENUE OF THE AMERICAS ■ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ■ FACSIMILE: 212.451.2222

EMAIL: JKOEVARY@OLSHANLAW.COM
DIRECT DIAL: 212.451.2265

March 24, 2026

**BY ECF**
Hon. Jeannette A. Vargas
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re:    *Simpson v. Chassen et al.*, Case #25-cv-4004 (JAV)/Motion to Construe or
       Order for Relief from Injunction: Extension Request

Dear Judge Vargas:

This office is counsel to Arch Real Estate Holdings LLC ("AREH"), who together with
608941 NJ Inc. ("Oak") are parties in the above-referenced case. We jointly request an opportunity
to object or otherwise respond to Jeffrey Simpson's *Motion to Construe Order for Relief from
Injunction* [ECF No. 70] on the same briefing schedule afforded by the Court to Jared Chassen
[ECF No. 73]. Counsel for Mr. Simpson consented to this request.

Respectfully submitted,

/s/ Jonathan T. Koevary

Jonathan T. Koevary

**SO ORDERED:**

The Honorable Jeannette A. Vargas
United States District Judge
Dated March 25, 2026

OLSHAN    FROME    WOLOSKY    LLP                                      WWW. OLSHANLAW.COM

13193649-1