UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

JEFFREY SIMPSON, et. al.                        :
                                                :
                       Plaintiffs,              :
                                                :        Case No.: 1:25-cv-04004 (JAV)
         - against -                            :
                                                :
JARED CHASSEN, et. al.,                         :
                                                :
                       Defendants               :
                                                :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## DECLARATION OF ALLEN SCHWARTZ, ESQ. IN OPPOSITION TO MOTION SEEKING RELEIF FROM ANTI-REMOVAL INJUNCTION

ALLEN SCHWARTZ, Esq., an attorney duly admitted to practice law before this Court, declares pursuant to 28 U.S.C. § 1746, as follows:

1.      I am counsel to Jared Chassen. I submit this declaration in opposition to Jeffrey Simpson's motion seeking relief from the anti-removal injunction entered by this Court on June 27, 2025 which enjoined Simpson from removing the action captioned *Simpson et. al. v. Chassen et. al.*, Index No. 158055/2023 (N.Y. Co.) (the "State Court Action") to federal court without this Court's prior permission. *See* ECF 31, June 27, 2025 Memorandum Opinion and Order.

2.      I have personal knowledge of the history of the proceedings detailed in the annexed memorandum of law from my role as counsel to Chassen in the State Court Action, the previous removal actions, and the other referenced proceedings. The factual history recited in the memorandum of law is incorporated by reference herein.

2

3.      Annexed hereto as <u>Exhibit 1</u> is a true and correct copy of an email from Simpson to the Honorable Justice Joel M. Cohen of the New York State Supreme Court dated January 24, 2026, on which I was also copied.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 20, 2026.

By:   /s/_____
          Allen Schwartz, Esq.

2

**<u>WORD COUNT CERTIFICATION</u>**

I, Allen Schwartz, Esq., certify that the foregoing Declaration contains less than 8750 words, as counted by Microsoft Word's word-processing system, excluding the caption and signature block, and that it complies with the applicable word limits.

<u>  /s/ Allen Schwartz  </u>
Allen Schwartz

3