**Allen Schwartz**

| | |
|---|---|
| **Subject:** | Re: More Schwartz impropriety and NYS court ignoring the law |
| **Date:** | Saturday, January 24, 2026 at 2:54:48 PM Eastern Standard Time |
| **From:** | Jeffrey Simpson <jsimpson001@icloud.com> |
| **To:** | Hon. Joel M. Cohen <jmcohen@nycourts.gov> |
| **CC:** | Martin Bunin <MBunin@farrellfritz.com>, allen@allenschwartzlaw.com <allen@allenschwartzlaw.com>, Eric Huebscher <ehuebscher@huebscherconsulting.com>, Jared Chassen <jaredchassen@gmail.com>, KWIENER@35oak.com <KWIENER@35oak.com>, jkoevary_olshanlaw.com <jkoevary@olshanlaw.com>, dag@msf-law.com <dag@msf-law.com>, ssouthard_klestadt.com <ssouthard@klestadt.com>, gfh@lhmlawfirm.com <gfh@lhmlawfirm.com>, cjc@cjc.ny.gov <cjc@cjc.ny.gov>, ig@nycourts.gov <ig@nycourts.gov>, Criminal.Division@usdoj.gov <Criminal.Division@usdoj.gov>, seddiolaw@gmail.com <seddiolaw@gmail.com>, Joshua DiLena <jdilena@kbrlaw.com>, Scott A. Schechter <sschechter@kbrlaw.com>, info@adelialaw.com <info@adelialaw.com>, Michelle Miller <michellecmiller6@gmail.com>, NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>, Gary Herbst <gfh@lhmlawfirm.com>, Peter Senzamici <psenzamici@nypost.com>, CJ Hughes <cj.hughes@crainsnewyork.com>, Gary Herbst <gfh@lhmlawfirm.com> |
| **Attachments:** | 1.23.26 letter to judge beckerman supp 8 per 81.pdf, 1.23.26 letter to Judge Beckerman supp 7.pdf, 1.24.26 letter to Judge Beckerman supp 9.pdf |

Courtesy copies attached here of action in YJ Simco.   These letters have been submitted to ECF.

Once again, SHAME ON YOU JUDGE JOEL COHEN, for what you have done and continue to do - all prejudicial, biased and with intentional harm to me, including your actions this week.

If i must file for personal bankruptcy as a result to stop your absurdity, that i will do and your "unclean" hands will be investigated to the nth degree.

I will once again go to all law enforcement agencies with your actions.   I can only imagine where your immunity starts and stops as it relates to federal bankruptcy code crimes.

> On Jan 20, 2026, at 6:44 AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>
> Courtesy copy of what I submitted to SDNY re YJ Simco attached here.
>
>> On Jan 19, 2026, at 6:16 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>>
>> Somebody please tell me how this is possible when I couldn't have been clearer about the issue regarding the jurisdictional and conflict problem?
>>
>> You see of course Allen is going to run forward with his favorite judge so that he can get what he wants with Seddio's backing.  Jared is a thief and a criminal.  Go for it,  let's see how your proposedsummary judgment looks when he's sitting in jail?   You'll be right next to him , you crook.    Cohen maybe two doors down with Seddio.  I mean, between Sprei , Nussbaum , it's really going to be burdening the system.   We're not even talking about Wiener yet.
>>
>> There will NOT be a conference this week (or ever ), on my case (in front of Cohen) , that I called for until justice is served and we get clarity from people who are not biased and prejudicial.   If you, Cohen, proceed you're doing at your own risk.
>>
>> CJC, DOJ please do your part , enough is enough here.   If you allow this to continue there's no law or justice.   You will have watched the crippled system at large in front of your own eyes.
>>
>> <preview.png>

DocumentDisplayServlet
PDF Document · 112 KB

Jeffrey Simpson

Sent from my iPhone

> On Jan 17, 2026, at 12:50PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>
> Follow up letter, attached herewith,  to Judge Vargas,  courtesy copy  regarding JJ Arch 1:24-CV-08649.   That will be posted to ECF in short order as well
>
> Thank you.
>
>> On Jan 17, 2026, at 5:07 AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>>
>> courtesy copy attached here of my letter to the bankruptcy court this morning reacting to breach of "stay", as I mentioned previously.    It was submitted through ECF.
>>
>> I understand that Joel Cohen here has given his views on this issue that are arbitrary and prejudicial, because he hates bankruptcy court and he hates losing control of a case, especially when he's been wrong for over two years and if he loses control of the situation , it will be more than me exposing him.  With that said my letter illustrates the record, unless I'm mistaken, the rules were not followed.
>>
>> Under the CPLR, if it has been more than 20 days, a named defendant cannot be withdrawn without a motion and or mutual consent.   So yet another circumstance where it is the pretend game so that Chassen and Oak can continue to hurt me in front of the judge who should've recused himself a long time ago for all the reasons mentioned.   Why Should he do that ?    again he loses his control of his destiny to try to destroy me.    This also will aim to protect his tenure.    One would think, with all the noise on the seddio related cases, Cohen would either come clean or stand down.   Again it's just too late for him, he's in too deep.
>>
>> And for the corrupt receiver, he has a duty to make requests for his actions in either or both bankruptcy proceedings. Why would he do that?   The corrupted New York State judiciary has his back.
>>
>> I defer to the bankruptcy court to decide on this issue.   And if I'm correct and you all are breaching the stay, that's a problem that you could figure that out on your own.
>>
>> Thank you and have a nice day.
>>
>> <Jan 17th letter to the Court about breach of stay.pdf>

<Notice to withdraw YJ as named Defendant on March 10, 2025.pdf>

<Charles Wertman letter about YJ Simco withdrawal March 2025, by chassen.pdf>

<IMG_3294.jpeg>

<IMG_3295.jpeg>

<IMG_3296.jpeg>

Jeffrey Simpson

Sent from my iPhone

> On Jan 16, 2026, at 5:05PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>
> And Gold, once you send us the real joint defense agreement and once you tell us about the relationship with you and Chassen since before any litigation started and your jackass client sued me (to intimidate me in Chassen's words and to forum shop) in the federal court then we'll put your guys on the stand to get the truth out, in a real court with a real judge.  Let's also understand the Seddio relationship.
>
> I mean Kevin ran for mayor of Toronto and lost and then sued his opponent!   This is what we're dealing with but only a corrupt judge would see their ridiculousness for anything more than what it is, garbage disgusting garbage and thievery.  And diversity is as you stated in the very first lawsuit, oak is Canadian  and I'm New York.
>
> Jared's irrelevant because he works for them and he committed perjury and he's been fired for 2 1/2 years and has no standing or role in anything other than being in a jail cell.
>
> Don't waste my time with this trash.

Jeffrey Simpson

Sent from my iPhone

On Jan 16, 2026, at 4:40PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:

Joel Cohen,

What don't you understand?   You are corrupt and I filed an action against you and the participants here.  Inviting the folks to take action against me is further deteriorating from the damages that you judge Joel Cohen have created.  No independent outside party disagrees and I demand police intervention now.

I demand justice and I demand it now.  You don't get the right to speak up any further about anything here with what you've done to cause destruction.   And Gold, you will lose your license for practicing soon just like the rest.

> <preview.png>
>
> **ViewDocument**
> PDF Document · 117 KB

Jeffrey Simpson

Sent from my iPhone

On Jan 16, 2026, at 4:40AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:

> <118966294.jpg>
>
> NYC lawyer in court over missing $2M that investors fear is gone for good after mystery transfer
> nypost.com

Are you all still holding to your story?   The Seddio fixer scheme is burning, and my case will be the most significant.   If you have not learned by now, I do not surrender.   The difference between me and Kevin Weiner as I stand on merit, not games and lies .  Jared is a pawn, everyone knows that.  Let the criminal justice folks figure this

out.    The court authorizing the receiver to sell assets that are subject to multiple bankruptcies, is unconscionable.    The Court allowing Chassen to continue in any path after he stole the business, and after the verification of the joint defense agreement, unconscionable. The fact that judge Joel cohen has not recused himself, knowing that Schwartz is affiliated with Seddio and impacts his upcoming June nomination, also impossible .

You all let me know how you plan to extricate yourself and stop the bleeding of my assets and portfolio, which are purely vindictive by Chassen, oak, and the court in cahoots.

Jeffrey Simpson

Sent from my iPhone

> On Jan 15, 2026, at 2:30AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:

> <preview.png>

> **ViewDocument**
> PDF Document · 383 KB

> In early document for representation for Chassen, from Imran Ansani.

> How interesting that now he is Seddio's lawyer on the sanction issue for the $2 million problem.   That lasted for a minute, just like he was in my case.   All maneuvers for Seddio, put in the right goon at the

right time.

How notable that Jared, his attorney, the attorneys for AREH and Oak, none showed up at the bk court yesterday except for Kevin Weiner. Just there to be his usual annoying self to try to find BS technicalities to hurt me because that's all he knows how to do is play video games. The man has not operated a piece of real estate in his life as you look at his track record with what he did based upon Judge Cohen's orders, full decimation of AREH, other than him getting the guarantee relief he sought.

I guess Jared was right - the truth would never matter. I guess when Jared told me that Michelle Miller is so-called "covered", that allowed the accomplice to the theft to state that she would be a "hostile witness" to avoid testimony last year in evidentiary hearing. And of course this judge allowed it.

Jared was right about something, probably the first thing in 12 years I've known him, this is a game of " pay to play" who could pay into the Seddio bid to maneuver the judges. Oak

funded the Adelia firm, just like it did to Freid Frank. Poor Allen Schwartz, he doesn't even make the letterhead for the Adelia firm, but he was dumb enough to give a Seddio business card to a court reporter.

<IMG_3183.png>

Jeffrey Simpson

Sent from my iPhone

On Jan 13, 2026, at 12:21PM, Austin Park <Austin_Park@nysb.uscourts.gov> wrote:

Dear All,

In response to Mr. Simpson's letter sent via email this morning, the court

has scheduled a status conference for tomorrow at 10 am (ET). The scheduling order is attached. In order to attend, please register for the hearing using the ecourt appearances tool on the court's website: https://www.nysb.uscourts.gov/ecourt-appearances.

**Austin Park Law Clerk to the Honorable Lisa G. Beckerman** U.S. Bankruptcy Court for the

Southern District of New York One Bowling Green, New York, NY 10004 Direct: (212) 284-4027

---

**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**Sent:** Tuesday, January 13, 2026 6:04 AM
**To:** Martin Bunin <MBunin@farrellfritz.com>; allen@allenschwartzlaw.com <allen@allenschwartzlaw.com>; Eric Huebscher <ehuebscher@huebscherconsulting.com>; Jared Chassen <jared

chassen@gmail.com>; KWIENER@35oak.com <KWIENER@35oak.com>; jkoevary_olshanlaw.com <jkoevary@olshanlaw.com>; dag@msf-law.com <dag@msf-law.com>; ssouthard_klestadt.com <ssouthard@klestadt.com>; gfh@lhmlawfirm.com <gfh@lhmlawfirm.com>; jmcohen@nycourts.gov <jmcohen@nycourts.gov>

**Cc:** cjc@cjc.ny.gov <cjc@cjc.ny.gov>; ig@nycourts.gov <ig@nycourts.gov>; Criminal.Division@usdoj.gov <Criminal.Division@usdoj.gov>; Howard Kalb <hkalb@southamptontownny.gov>;

Todd Spencer <TSpencer@southamptontownny.gov>; NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>
**Subject:** YJ Simco BK , update letter from JS 01.13.26

CAUTION - EXTERNAL:

Good morning,

A courtesy copy is attached herewith:

Update letter provided to the Honorable Judge Beckerman, dated today. I asked for the ProSe clerk to upload to ECF.

Thank you,

Jeffrey Simpson

On Jan 9, 2026, at 5:14 AM, Jeffrey Simpson

<jsimpson001@icloud.com> wrote:

This is in response to Bunin's letter, which will cause more destruction and more threats to my personal assets and my estate.

Marty, I saw another ridiculous motion and a letter

that
you
sent
to
the
NYS
court.

Have
you
read
the
JJ
Arch
waterfall
yet?

If
you
were
a
legitimate
receiver
on
behalf
of
the
partnership
you
would
actually
take
direction
from
me
because
I'm
the
only
one
of
relevance
(personally,
corporately
etc.
)
there
is
no
other
beneficiary
(and
possibly
the
YJ
trustee
and
or
the

bankruptcy court).

We all know what the contract says, we all know what the February 2024 order even says because Chassen was acting like a child (siphoned $40,000 from 225 and then extorted me) the judge chastised him, even the corrupt judge had no choice at that point.

But you keep going in this fictitious little

world of yours that you get to attack my assets and my civil rights, for what reason?

Who authorized you?

Jared Chassen asked for you to be there and that's "money good" why?

Because you and his crybaby whiny bratty (and corrupt) Lawyer, who is useless, colluded together to hurt me and think you're going to

get away with it?

You are disgrace to the legal system and a disgrace to mankind just like Allen Schwartz and the rest of these disgusting goons.

And yes my threats to call the police is something I'm allowed to do. What other remedy is there when you have villains trying to make threats on me?

We don't have a competent court here, you ignore the federal court even though you claim to be a bankruptcy lawyer.

That must've been 50 years ago, you love the mockery of the New York State court which is a joke of a Court and everyone in the industry knows it's a mess.

Again, I urge Judge

Cohen to take further action, please do, every move you make I'm reporting to every possible governmental agency because you are wrong wrong and wrong.

And it's because of you that guys like Marty Bunin think they can say the things they say and do the things they do with people like Eric Huebscher, who should be in

jail for what he's done to so many others prior to me.

I would offer to bring in witnesses but in front of a judge who doesn't care about anything other than his own agenda or political moves, it's a waste of time.

Due process does not exist anywhere near you.

So no Marty Bunin,

you are to stop now and surrender my property back to my leadership management where it belongs.

The mere example that you facilitated or allowed contested and non contested assets to be sent to a criminals place in upstate New York.

I've already filed a USC EDNY litigation, you received a copy.

 I've already told the

police in multiple jurisdictions.

It reminds me of the maneuver, just last week, where I was exposed to Police brutality as a result of your actions.

Yes Marty, you could go to the bankruptcy court and you can make an application, if you want and I will be there to oppose it because you don't

get to do what you're doing in front of Cohen, jurisdictionally.

If he's too careless or vindictive to realize that, if furthers my point.

I am copying the Southampton police here so they can chime in if necessary because you just don't get it or you make your own laws just like Chassen and Huebscher and Oak.

So the difference here is you're actually threatening to sell my assets, you're nobody in the scheme of it -- you put in no money, you have no contractual relationship other than a court order that is functionally irrelevant because of standing, a joint defense agreement, jurisdictional issues, criminal activity, corruption and obsolescence (based

on all the new information that I've uncovered because of whatever payoffs that you and Schwartz and Seddio have done), you're just another hired gun to participate in destroying me, all in pursuit as Allen Schwartz tells everybody "we just want to hurt Simpson, because he has a lot to lose".

It is unlawful.

This is the link of the order that Bunin proposes to the court:

<preview.png>

**ViewDocument**
PDF Document · 123 KB

This is a link to his letter:

<preview.png>

**ViewDocument**
PDF Document · 184 KB

He forgot to mention his threat of last week where I got attacked by a police office.

He failed to mention any police investigation. He failed to mention

the lawsuits that I filed against him and the other parties for diminishing my civil rights

He fails to mention the deterioration of value of the property that comes with these horrific acts that is considered to be a bankruptcy crime:

**ViewDocument**
PDF Document · 413 KB

So I've done what I can here under the law, the question is what is law-enforcement going to do to help me with these horrific goons, in light of everything I've illustrated.

And I apologize to the

bankruptcy
court
to
include
them
on
an
email
and
I
will
file
this
as
soon
as
I
possibly
can
but
I'm
on
the
road
and
I
have
no
access
to
do
any
filing
right
now
and
especially
since
I'm
not
a
lawyer
and
I
don't
have
representation
to
do
that.

I
NEED
HELP
WITH
THE
SITUATION.

I

raised this properly by letter and by motion and it has to stop, it's just not right.

I am more than happy to let an independent third-party come in and review the circumstances and make some sort of determination but nothing adds up and this is just unlawful.

I can't call the police because they clearly

have their own agenda, the courts have prejudiced me because of Cohen's absurdity.

So I'm not asking for Marty Bunin to chime in, I could care less what he has to say I only care about the courts and law-enforcement and that's where this message is directed.

And for Judge Joel Cohen, I'm sorry I feel

the same way and he knows that and he should've been gone a long time ago for a lot of reasons.

Reminding the parties - I went to him for help, not the other way around, he didn't solicit me for bad acts because of some sort of complaint.

He allowed these people to turn the screws,

vindictively while they were forum shopping in the federal court and they had a joint defense agreement that changed everything and he totally doesn't care about the collusion that I mentioned over two years ago because it was always real and undermines everything he did and everything that he stands for, which is not what the law says.

So this time I don't need to be physically attacked and verbally abused for protecting my estate and assets.

There is a sense of urgency here.

I hope the appropriate governmental officials see the light.

Thank you

Jeffrey Simpson

Sent from my iPhone

On Jan 8, 2026, at 5:11AM, Jeffrey Simpson <

j s i m p s o n 0 0 1 @ i c l o u d . c o m >

wrote:

In light of the various pending actions in the Federal Court, including the Bankruptcy Court (where Mr. Bunin claims that he is an expert), and pending criminal investigation against Chassen (and others), the

request for the legal reimbursement for FF is absurd and to say it is contested is an understatement. It frankly breaks the Bankruptcy law and it is an admission to attempt to commit further fraud.

For the 100th time, Chassen (and Oak) stole my company improperly, this incompetent Court knew that, acknowledged it and allowed it to continue

under it's watch. The same incomptetant Court knew that Chassen had no standing to do anything and acknowledged on the onset of the case (on the record) that he bevlieved that the contract was clear under the JJ Arch amendment that "Chassen had virtually no rights since 2021". Chassen and Schwartz extensively committed perjury to this Court and the

bankruptcy Court. They used a different version each time it would work favorably for them so they could continue this game of attacking me, my rights, and my estate at all costs. The Federal Courts were made aware, but obvious political concerns and implications caused trepidation to undermine the corrupt Joel Cohen. Now that his motive has been made

clear, and his upcoming nomination, with Schwartz being on the take alongside Frank Seddio, Cohen has to keep damaging me to protect his tenure.

Bunin is well aware of the bankruptcy implications of the JJ Arch pending appeal which has serious concerns of how this NYS Court has acted this entire time pending the resolution of that appeal.

Bunin is well aware of the cross over and implications of the YJ Simco bankruptcy, but he races ahead to try to line the pockets of himself and corrupt Eric Huebscher, all illegal and vindictive acts that lack merit.

Let me remind you all that this whole case has been a sham and the JDA was the

nuclease of it all.
 Oak suing me in Federal Court, while the JDA was in effect, makes this whole NYS action a moot (after I clarified Chassen was wrong with an immediate and uncontested PI).
 How much did Oak spend to stay in front of their favorite judge to avoid reality in competent Courts?
 10M?

How much did

they spend to avoid discovery?

So now Huebscher and Bunin participate with a known criminals, Chassen and Oak, to steal my assets (and my estates) and they continue down this horrific road to now line their pockets?

Who was the buyer of 225 Head of Pond? It is recorded in the name of a management company. Is

Chassen, Oak, or Wiener a participant?

This absurd Court allowed a sale (even though it reiterated my rights in the Feb 2024 Court Order), without merit, knowing the fraud and collusion and breach of Bankruptcy stay and now the attorney has the Chutzpah (nerve) to race forward to ask to pay themselves?

This sham to attack me

and my assets is insane. I will continue to notify all law enforcement of these actions and the same with the bankruptcy court.

Judge Cohen's rulings and improprietaries are a mockery of the system. Him allowing you all to play this disgusting game in front of his eyes, that is unlawful is going to pursued to fully extent

under the law (not the Judge Joel Cohen version that lacks merit, due process, competency, common sense, contractual obligations and the like).

Again, shame on you all for continuing down this horrific and unlawful road to damage the one honest guy in the room. I will not roll over and will continue to pursue you all until justice

is served. I have been left with no choice. And this is not a question of appeals, criminality has occured, the judge's friends up and down the NY system will support him, even though not one qualified independent lawyer can see the light on how this could have happened for the last 2 years. And that standard will be

used
when
due
process
eventually
occurs.

I
wholeheartedly
object
to
1
dollar
going
to
Huebscher,
Bunin,
Chassen,
Oak,
or
any
of
the
criminals
here
and
this
Court
lost
it's
chance
to
make
rulings
a
long
time
ago
when
it
evidenced
extreme
bias,
prejudice,
unwillingness
to
report
the
penal
crimes
to
the
authorities,
and
safeguarging
it's
tenure
and
attacking

me as his only path to try to save what is left of any credibility for the Honorable Judge Joel Cohen, at least until June when is his elected term is up.

You have all been put on notice and no, I have no way to put this on NYSCEF.

I am allowed to defend myself. I

will notify the bankruptcy court of these actions as Gary Herbst, on behalf of Chapter 7 trustee, doesn't have the courage to stand up for justice or step on the toes of another, alleged, quasi public officer of the Court, Huebscher and Bunin.

I will notify the press and whoever i deem appropriate, including law enforcement.

Jeffrey

Simpson

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

<96- Scheduling Order re Status Conference.pdf>

<Jan 17th Letter to Judge Vargas on JJ Arch disposition of assets.pdf>

<Jan 17th Letter to Judge Vargas on JJ Arch disposition of assets.pdf>

<Jan 20th letter to the Court about breach of stay.pdf><jj arch adv proceeding.pdf>
<158055_2023_JEFFREY_SIMPSON_indiv_v_JEFFREY_SIMPSON_indiv_NOTICE_OF_MOTION_2258.pdf>