**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JEFFREY SIMPSON, *et. al.*, <br><br>       Plaintiff, <br><br> v. <br><br> JARED CHASSEN, *et. al.*, <br><br>       Defendants. | Case No.: 1:25-cv-04004 (JAV) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned action on behalf of Defendant 608941 NJ INC. The undersigned certifies that he is admitted to practice in this Court and requests that notice of electronic filing of all papers in the above-captioned action be transmitted to him at the address below.

Dated: April 21, 2026
      New York, New York

Respectfully submitted,

**BINDER & SCHWARTZ LLP**

By:   /s/ Eric B. Fisher

     Eric B. Fisher
     Lindsay A. Bush
     675 Third Avenue, 26th Floor
     New York, NY 10017
     Telephone:   (212) 510-7008
     Facsimile:    (212) 510-7299
     efisher@binderschwartz.com
     lbush@binderschwartz.com

     *Attorney for Defendant 608941 NJ INC.*