**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEFFREY SIMPSON, *et. al.*,<br><br>                    Plaintiff,<br>    v.<br><br>JARED CHASSEN, *et. al.*,<br><br>                    Defendants. | Case No.: 1:25-cv-04004 (JAV)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned action on behalf of Defendant 608941 NJ INC.  The undersigned certifies that she is admitted to practice in this Court and requests that notice of electronic filing of all papers in the above-captioned action be transmitted to her at the address below.

Dated:  April 21, 2026
            New York, New York

Respectfully submitted,

**BINDER & SCHWARTZ LLP**

By:      /s/ Lindsay A. Bush

Eric B. Fisher
Lindsay A. Bush
675 Third Avenue, 26th Floor
New York, NY 10017
Telephone:    (212) 510-7008
Facsimile:      (212) 510-7299
efisher@binderschwartz.com
lbush@binderschwartz.com

*Attorney for Defendant 608941 NJ INC.*